EXHIBIT 1

# Chelsea Haney

| | |
|---|---|
| **From:** | Darren Pearlman <darrenpearlman@gmail.com> |
| **Sent:** | Saturday, June 30, 2018 2:10 PM |
| **To:** | Roslyn La Liberte |
| **Subject:** | STEP DOWN |

YOU ARE A DISGRACE. I WISH YOUR CHILDREN WERE RIPPED FROM YOU SO YOU COULD UNDERSTAND THE PAIN.

We are all Immigrants and you should be helping your community and fighting people your own age. You are a dirty white woman bitch.

I hope your career is over.


--
**Darren Pearlman**
Email: <u>darrenpearlman@gmail.com</u>
Mobile: (818) 384 3046

1

# Chelsea Haney

| | |
|---|---|
| **From:** | Karla Diaz <kgomez_88@yahoo.com> |
| **Sent:** | Sunday, July 01, 2018 12:08 AM |
| **To:** | Roslyn La Liberte |
| **Subject:** | Roslyn. |

Dear racist bitch!

It seems like your old poor evil soul never left the Hitler era!! Who the hell do you think you are? to be taking to CHILDREN from Latino decent as if they are some trash! The only trash around this land is people like you! Your mother must be sooooo ashamed of ever giving birth to you! What a waste, what an embarrassment, what a disgrace of the human kind to have people like you in this world. I pray to God for you to one day to open your blind eyes and see there is only 1 race in this planet. And in case you didn't know what race that is, it's called humans. Learn to appreciate and value all of them. You and nobody else is better than anyone else! If you don't believe in Karma, I am sure you will sooner or later. And if you have kids, you better pray that nobody ever treats them like you treated that poor boy. And if you don't have kids, I thank God! Because we will not tolerate any more of you racist evil people like you no more!

1

# Chelsea Haney

| | |
|---|---|
| **From:** | Tom Shumaker <sanzarq@hotmail.com> |
| **Sent:** | Saturday, June 30, 2018 4:48 PM |
| **To:** | Roslyn La Liberte |
| **Subject:** | What a BITCH you are!! |

You're the kind of White Trash that should be dragged into the Town Square & flogged.  Your tongue should be cut out.  LEAVE THIS COUNTRY - you are an ABSOLUTE DISGRACE!!

Tom Shumaker
Parkton, MD

1

# Chelsea Haney

| | |
|---|---|
| **From:** | Kaitlyn Terpstra <kaitlynterpstra@gmail.com> |
| **Sent:** | Saturday, June 30, 2018 11:15 PM |
| **To:** | Roslyn La Liberte |
| **Subject:** | Oh boy! |

I'm glad everyone in the entire world knows what a racist piece of shit you are fuck you asshole

1

# Chelsea Haney

| | |
|---|---|
| **From:** | David DiPiazza <diyexpertstaff@gmail.com> |
| **Sent:** | Sunday, July 01, 2018 12:11 AM |
| **To:** | Roslyn La Liberte |
| **Subject:** | Want Out? |

Your life is probably becoming a living hell and you don't know how to handle it.
I can offer a way out. Let me know if you're interested.

1

# Chelsea Haney

| | |
|---|---|
| **From:** | Jessica Meredith <hope131903@yahoo.com> |
| **Sent:** | Saturday, June 30, 2018 12:05 PM |
| **To:** | Roslyn La Liberte |
| **Subject:** | You're a piece of shit |

You're a worthless human being. Go kill yourself.

Sent from Yahoo Mail for iPhone

1

# Chelsea Haney

| | |
|---|---|
| **From:** | bobby setliff <bobbyset1@yahoo.com> |
| **Sent:** | Sunday, July 01, 2018 4:00 PM |
| **To:** | Roslyn La Liberte |
| **Subject:** | MAKE AMERICAN GREAT AGAIN with Tar and Feathers |

The best way to make America great again is to tar and feather sluts like you and ride them out of the country on a rail!

1

# Chelsea Haney

| | |
|---|---|
| **From:** | tara beal <tajobe09@yahoo.com> |
| **Sent:** | Saturday, June 30, 2018 9:28 PM |
| **To:** | Roslyn La Liberte |
| **Subject:** | Racist cunt! |

Who the fuck do you think you sre? You're a sick twisted cunt & you'll end up in hell after you die.

# Taylor Wilson

**From:** Lidia <l.quintana2127@gmail.com>
**Sent:** Saturday, June 30, 2018 1:01 PM
**To:** roslyn@rcassociatesinc.com
**Subject:** Please open urgent regarding the property I just got

Ur a disgusting human being and if it wasn't for ur voicemail being full u would hear the best of me. U know what would make America great again is if racist ass bitches like u went the fuck back to Europe where u came from get educated learn ur history know where u white pple came from..
you murdered and slaughtered pple from their land took their homes and families . This world will be a better place I will remember ur face if I ever see u I will spit in ur face cunt Sent from my iPhone

1