EXHIBIT 2

**Hillary Clinton on Trump's child-detention policy: 'It keeps me up at.**
She has made peace with losing the election – but not with Donald Trump. And now she is fighting to undo the damage of the president's most revile...
theguardian.com

💬 502   ↻ 9.5K   ♡ 32K

↻ Joy Reid Retweeted


**Alan Vargas** @TheAlanvargas · Jun 28
" You are going to be the first deported"
" dirty Mexican "

Were some of the things they yelled they yelled at this 14 year old boy. He was defending immigrants at a rally and was shouted down.

Spread this far and wide this woman needs to be put on blast.





WE ARE
THE CHANGE
WE SEEK

The Speeches of
Barack Obama



 @JoyAnnReid

| Tweets | Following | Followers | Likes | Lists | |
|---|---|---|---|---|---|
| **141K** | **5,127** | **1.24M** | **15.6K** | **2** | Follow |