UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ROSLYN LA LIBERTE,

      Plaintiff,

               -against-

JOY REID,

      Defendant.

-------------------------------------------------------------------x

: Civil Action No. 1:18-cv-05398
:
: ECF Case
:
: **AFFIDAVIT OF**
: **L. LIN WOOD IN SUPPORT**
: **OF MOTION TO ADMIT**
: **COUNSEL *PRO HAC VICE***
:
:
:

L. LIN WOOD, being duly sworn, hereby deposes and says as follows:

1.     I am a partner of the law firm of L. Lin Wood, PC.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Georgia.

4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

5.     I have not been convicted of a felony.

6.     I have not been censured, suspended, disbarred or denied admission or readmission by any court.

Wherefore your affiant respectfully submits that he should be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Roslyn La Liberte.

Dated: September 27, 2018

                           _____

                           L. Lin Wood
                           L. Lin Wood, P.C.
                           1180 W. Peachtree St., Ste. 2040
                           Atlanta, GA 30309
                           lwood@linwoodlaw.com
                           404-891-1402

Sworn to and subscribed before me
this 27 day of September 2018.

Notary Public, State of Georgia
My Commission Expires: 3/4/2021

2



**State Bar of Georgia**

*Lawyers Serving the Public and the Justice System*

Mr. L. Lin Wood, Jr.
L. Lin Wood PC
1180 W Peachtree Street NW, Suite 2400
Atlanta, GA  30309

CURRENT STATUS:      Active Member-Good Standing
DATE OF ADMISSION:   06/10/1977
BAR NUMBER:          774588
TODAY'S DATE:        09/14/2018

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brinda Lorrow*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA  30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA  31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA  31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435