EXHIBIT 2

**Hillary Clinton on Trump's child-detention policy: 'It keeps me up at.**
She has made peace with losing the election – but not with Donald Trump. And now she is fighting to undo the damage of the president's most revile...
theguardian.com

502    9.5K    32K

⇄ Joy Reid Retweeted


Alan Vargas @TheAlanvargas · Jun 28
" You are going to be the first deported"
" dirty Mexican "

Were some of the things they yelled they yelled at this 14 year old boy. He was defending immigrants at a rally and was shouted down.

Spread this far and wide this woman needs to be put on blast.







  @JoyAnnReid

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 141K | 5,127 | 1.24M | 15.6K | 2 |

Follow