EXHIBIT 3



joyannreid • Follow



joyannreid He showed up to a rally to defend immigrants. ... She showed up too, in her MAGA hat, and screamed, "You are going to be the first deported" ... " dirty Mexican!" He is 14 years old. She is an adult. Make the picture black and white and it could be the 1950s and the desegregation of a school. Hate is real, y'all. It hasn't even really gone away.

Load more comments

bmt096 She and people like her are vile,

14,765 likes

2 DAYS AGO

Log in to like or comment.