E
X
H
I
B
I
T

5

7/2/2018                                      Joy-Ann Reid (@joyannreid) • Instagram photos and videos



 joyannreid • Follow

**joyannreid** It was inevitable that this image would be made. It's also easy to look at old black and white photos and think: I can't believe that person screaming at a child, with their face twisted in rage, is real. By every one of them were. History sometimes repeats. And it is full of rage. Hat tip to @joseiswriting. #regram #history #chooselove

Load more comments

**canadiannurseratchet** As a WW I can never    ▾

**6,575 likes**

14 HOURS AGO

Log in to like or comment.