EXHIBIT 6







**Joy Reid**
Like This Page · 14 hr

It was inevitable that this in
also easy to look at old bla
think: I can't believe that pe
child, with their face twistec
one of them were. History s
is full of rage. Hat tip to @j
#history #chooselove

Like    Con

2.2K

1,700 Shares



Penny M. Stein Joy F
posting the "2018" im
reflect the truth. I saw
young man who said
and that they were tal
Fact check and corre

Like · Reply · 14h

View previous repl



Phyllis McDon
very civil to me.

Like · Reply · 14

View more replies



Phelisa Smith-Pittm
running around in a N
a heated, "civil", "disc
teenager is somehow
Really? Lady, get rea
everything we need to
being a "nice" grandn
though!

Like · Reply · 5h



Write a comment...