EXHIBIT 8

Timeline Photos



 **Joy Reid**
Like This Page · July 2 ·

It appears I got this wrong. My apologies to Mrs. La Liberte and Joseph. http://www.foxla.com/news/local-news/people-online-twist-the-real-story-behind-photo-of-woman-yelling-at-boy#/

433　　　　　　　249 Comments  210 Shares

Like　　　　Comment　　　　Share

Most Relevant

 **Lisa Burns** Ehh, while I appreciate your point as a journalist, she made a point to go out in public and support what this "administration" is doing to children. Her civility and decency is long gone, as is any pity that I might have felt for her.

Like · Reply · 12w　　　　　　　　　　70

3 Replies

 **Gina Edwards** Was this a civil conversation???

Or more about black/brown people too quick to the apology/not my intent (after the fact) that happens way too much 😳😳

Write a comment...