UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROSLYN LA LIBERTE,

                        Plaintiff,

-against-

JOY REID,

                        Defendant.

Case No. 1:18-cv-05398-DLI-VMS
ECF Case

## NOTICE OF MOTION AND SUPPORTING AFFIDAVITS

**PLEASE TAKE NOTICE**, that upon the Affidavits of John H. Reichman, Davian Hoffman, and Joy-Ann Reid, dated December 17, 2018, and the exhibits annexed thereto, and the accompanying Memorandum of Law, defendant Joy Reid, by and through their undersigned attorneys, will move this Court, before the Hon. Dora L. Irizarry, at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be designated by this Court, for an order: (i) dismissing the Amended Complaint in this action with prejudice against defendant pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and California's Anti-SLAPP (strategic lawsuit against public participation) Statute, CA CIV, §425.16; and (ii) award defendant her attorneys' fees pursuant to the California Anti-SLAPP Statute.

Dated: New York, New York
       December 17, 2018

                                        Respectfully submitted,

                                        **WACHTEL MISSRY, LLP**

By: _____
                                        John H. Reichman
                                        Jason L. Libou
                                        Wachtel Missry LLP
                                        885 Second Avenue
                                        New York, NY 10017
                                        Telephone: (212) 909-9500
                                        Facsimile: (212) 909-9417
                                        reichamn@wmllp.com
                                        jlibou@wmllp.com

                                        *Attorneys for Defendant Joy-Ann Reid*

TO:

G. Taylor Wilson
L. Lin Wood, P.C.
1180 West Peachtree Street, Suite 2040
Atlanta, Ga 30309
(404) 891-1402
(404) 506-9111 (fax)
twilson@twilson@linwoodlaw.com

*Attorneys for Plaintiff Rosyln La Liberte*