TIME RECORDS
AND EXPENSES

La Liberte v. Reid

September, 2018

09/26/2018

| | | |
|---|---|---|
| JLL | OC and email exchange with J. Reichman regarding Joy Reid lawsuit; review of plaintiff's complaint dated 9/25/18; legal research and review of NY and CA case law and statutes governing defamation per se and choice of law principles; receipt and review of alleged defamatory publications by Joy Reid and related news articles about the same. | 4.10 |
| JHR | Email; review complaint; o/c's law clerk re research assignments; review cases on anti-SLAPP statute, republication | 3.50 |
| VU | Research re: CDA 230 protection if minor changes to third-party content. | 2.30 |

09/27/2018

| | | |
|---|---|---|
| JLL | OC w/ J. Reichman regarding matter status, judge assignment, and application of California anti-SLAPP statute; telephone conference with Judge Irizarry's law clerk regarding matter status and case assignment; research and review of Chief Judge Irizarry's prior decisions; legal research and review of California anti-SLAPP statute and case law interpreting the same as well as deadlines and procedures for filing anti-SLAPP suit under NY and CA statutes; receipt and review of client's timeline and narrative of La Liberte case; email exchange with J. Reichman about the same. | 5.00 |
| JHR | Research re conflicts of law; California anti-SLAPP statute; presiding judge; email; TC SW | 2.80 |

09/28/2019

| | | |
|---|---|---|
| JLL | Research and review of videos and online articles concerning La Liberte interviews and client's alleged defamatory publication; OC and email exchange w/ J. Reichman about the same and court deadlines for filing anti-SLAPP motion(s). | .30 |
| JHR | Email; review CA case law; | 1.00 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| John H. Reichman | 7.30 |
| Vani Upadhyaya | 2.30 |
| Jason Libou | 9.40 |

October, 2018

10/01/2018

| | | |
|---|---|---|
| JLL | Continue legal research and review of California anti-SLAPP statute, defamation per se, actual malice standard, effect of retraction(s), awards of actual, special, and exemplary damages, and case law interpreting same; OC and TC with J. Reichman, SW, and DK re: matter status, common interest agreement, and litigation strategy; receipt and review of 7/2/18 demand letter to J. Reid, 7/6/18 correspondence to D. Sternlicht re: potential offer of settlement, and spreadsheet tracking approximate factual timeline of client's publications | 5.30 |
| JHR | TC JR; prepare timeline; conf call SW, DL; o/c JL; review research. | 2.80 |

10/03/2018

| | | |
|---|---|---|
| JHR | Email. | .10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/04/2018 | | | |
| | JHR | Review cases re: anti-SLAPP statute re: procedure, evidence, etc. | 2.00 |
| 10/08/2018 | | | |
| | JHR | Draft memorandum in support of motion to strike; review case law. | 7.00 |
| 10/10/2018 | | | |
| | JLL | Receipt and review of motion for admission pro hac vice and suppt affidavits filed by plaintiff's counsel; OC and email w/ J. Reichman re same; further review of Judge Irizarry's Individual Practice Rules; legal research and review of federal case law re div of attorney fee awards as between meritorious anti-SLAPP suits and motions to dismiss for failure to state a claim. | 2.20 |
| | JHR | Email; review Judge's rules; review case law re public figures, malice | 0.80 |
| 10/11/2018 | | | |
| | JLL | Legal research and review of CA case law interpreting what constitutes "actual malice" and matters of "public interest" in the context of defamation per se claims [anti-SLAPP motion] | 0.80 |
| | JHR | Draft brief; review CA Anti-SLAPP cases | 0.50 |
| 10/12/2018 | | | |
| | JLL | Further review of exhibits to pl's complaint; email with J. Reichman re same | 0.30 |
| | JHR | Draft brief; review CA Anti-SLAPP Cases | 4.00 |
| 10/15/2018 | | | |
| | JHR | Draft brief in support of motion to strike | 1.20 |
| 10/16/2018 | | | |

| | | | |
|---|---|---|---|
| | JLL | Research and review of recent California defamation case law; email w/ J. Reichman re: same [anti-SLAPP] | 0.40 |
| | JHR | Draft brief; review Trump/Daniels decision | 1.50 |
| 10/19/2018 | | | |
| | JLL | Legal research and review of federal statute governing time to serve summons and complaint; email w/J. Reichman re: same. | 0.30 |
| | JHR | Draft brief in support of motion to dismiss | 2.00 |
| 10/24/2018 | | | |
| | JLL | OC and email w/ J. Reichman re: service of process on J. Reid and deadline for answering / moving to dismiss plaintiff's complaint; legal research and review of local federal court rules re: same. Legal research and review of CA retraction statute and case law re: anti-SLAPP strike motions based on "fair use" doctrine, Communications Decency Act, and plaintiff's inability to prove damages | 4.00 |
| | JHR | TC JR; o/c JS re service questions; research re retraction, damages | 1.50 |
| 10/25/2018 | | | |
| | JLL | Legal research and review of CA case law re: anti-SLAPP motions to strike, mitigation of damages, proximate causation, and the Communications Decency Act | 3.80 |
| | JHR | Review documents from client; o/c JS re further research re defamation per se and damages; draft letter brief to court; draft brief | 3.50 |
| 10/26/2018 | | | |
| | JLL | Receipt and review of lawsuit documents served on client; OC and email w/ J. Reichman re: same; legal research and review of NY | |

| | | | |
|---|---|---|---|
| | | statute governing service of process; draft notice of appearance | 0.70 |
| | JHR | Email; draft brief | 1.30 |
| 10/28/2018 | | | |
| | JLL | Further review of CA case law re: mitigation of damages, effect and admissibility of evidence of plaintiff's prior bad reputation or defamatory statements, and proximate causation | 1.20 |
| 10/29/2018 | | | |
| | JLL | Further review of CA case law re: mitigation of damages, effect and admissibility of evidence of plaintiff's prior bad reputation or defamatory statements, and "of and concerning" requirement; receipt and review of service of process waiver form; OC and email w/ J. Reichman re: same | 2.80 |
| | JHR | Draft letter to court re pre-motion conference; research Section 230 cases; controlling law | 2.60 |
| 10/30/2018 | | | |
| | JLL | Email w/E. Silverman re: federal court precedent for interpretation of Communications Decency Act; further research and review of CA and NY cases re: "libel-proof plaintiff" doctrine, "incremental harm" doctrine, and "user" immunity provisions of CDA; revise draft letter to Judge Irizarry requesting pre-motion conference | 4.20 |
| 10/31/2018 | | | |
| | JLL | Complete revisions to and citations for preliminary conference letter to Judge Irizarry; email w/ J. Reichman re: same | 0.80 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| John H. Reichman | 30.8 |
| Vani Upadhyaya | 0 |
| Jason Libou | 26.80 |

November 2018

11/01/2018

| | | |
|---|---|---|
| JLL | Further revisions to letter to Judge Irizarry requesting pre-motion conference and review of case law interpreting CDA user immunity provisions; OC w/ J. Reichman re: same | 1.50 |

11/02/2018

| | | |
|---|---|---|
| JHR | Email; texts with JR; finalize letter to Court | 0.50 |

11/05/2018

| | | |
|---|---|---|
| JLL | Revise and finalize pre-motion conference letter to Judge Irizarry; OC and email w/ J. Reichman re: same; further review of CDA immunity case law. | 0.80 |
| JHR | Review malice cases | 0.30 |

11/06/2018

| | | |
|---|---|---|
| JLL | E-filed defendant's notice of appearance, waiver of service of summons, and letter to Judge Irizarry requesting pre-motion conference; TC and email w/ J. Reichman and opp. counsel re: same. | 0.70 |
| JHR | TC JR; texts | 0.20 |

11/07/2018

| | | |
|---|---|---|
| JLL | OC and email w/ J. Reichman re: matter status and filing of substitute notice of appearance; further review of Judge Irizarry's Individual Practice Rules. | 0.40 |
| JHR | Filed notice of appearance | 0.10 |

11/13/2018

| | | |
|---|---|---|
| JLL | Further review of Judge Irizarry's Individual Practice Rules and EDNY local rules; OC and email w/ J. Reichman re: matter status and | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | Twitter /Instagram amicus briefs; receipt and review of plaintiff's letter in response to request for pre-motion conference. | 1.00 |
| | JHR | Review plaintiff's letter; email; TC JR | 0.60 |
| 11/14/2018 | | | |
| | JHR | TC LA; email | 0.20 |
| 11/15/2018 | | | |
| | JHR | Email | 0.10 |
| 11/16/2018 | | | |
| | JHR | Further review and analysis of Instagram post and the meaning of user; email | 1.20 |
| 11/19/2018 | | | |
| | JHR | TC JR | 0.20 |
| 11/20/2018 | | | |
| | JLL | Receipt and review of draft stipulation and order and proposed briefing schedule; email w/ opposing counsel and J. Reichman re: same | 0.30 |
| | JHR | TC Taylor Wilson re draft stipulation; revise letter to Court | 0.60 |
| 11/21/2018 | | | |
| | JLL | Email w/ J. Reichman re: additional research on actual malice standard, limited purpose public figures, and the treatment of republications under the Communications Decency Act; email w/ DK and SW re: social media post timeline and analysis. | 0.30 |
| | JHR | Texts re Instagram posts; email re research assignments | 0.40 |
| 11/23/2018 | | | |

| | | | |
|---|---|---|---|
| | JHR | Draft brief to dismiss and strike amended complaint; research re Section 230 application to Instagram post | 2.00 |
| 11/26/2018 | | | |
| | JHR | Draft brief to dismiss and strike amended complaint; TC JR | 1.50 |
| 11/27/2018 | | | |
| | JLL | Email w/ J. Reichman and opp counsel re: filing of plaintiff's amended complaint | 0.20 |
| | JHR | Draft brief in support of motion to strike amended complaint; review amended complaint; email | 2.40 |
| 11/29/2018 | | | |
| | JLL | Review of plaintiff's amended complaint and draft anti-SLAPP motion brief; research and review of social media posts and analytical tools and experts to measure virality and amplification; OC and email w/ J. Reichman re: same. | 2.00 |
| | JHR | Email; draft brief | 1.50 |
| 11/30/2018 | | | |
| | JLL | TC and email w/ social media analytics consultants re: matter status and potential representation of J. Reid; TC w/ J. Reichman re: same; receipt and review of updated research summary by V. Upadhyaya; create timeline / compilation of social media posts for virality / amplification; analysis. | 3.40 |
| | VU | Research re: actual malice, statements of opinion, defamation liability, CDA 230 under California and NY law | 4.50 |
| | JHR | Draft brief | 4.00 |

Recapitulation

| Timekeeper | Hours |
|---|---|

| | |
|---|---|
| John H. Reichman | 15.8 |
| Vani Upadhyaya | 4.50 |
| Jason Libou | 10.6 |

December 2018

12/03/2018

| | | |
|---|---|---|
| JLL | Follow up TC and email w/ social media analytics experts and J. Reichman re: potential scope of work and consulting agreements; further review of draft brief in support of defendant's anti-SLAPP motion; receipt and review of 6/29 audio recording of Tony Aaron interview with plaintiff. | 3.40 |
| JHR | Draft brief; o/c JL; TC: potential social media experts. | 2.50 |

12/04/2018

| | | |
|---|---|---|
| JLL | TC and email w/ social media experts, client, and J. Reichman re: virality and amplification analysis and access to archived content via Twitter "pipeline". | 2.20 |
| JHR | Review of social media analysis; draft motion papers | 4.50 |

12/05/2018

| | | |
|---|---|---|
| JLL | TC and email w/ social media expert and private investigator re: virality and amplification analysis; receipt and review of social media and online investigative report on Roslyn La Liberte; review of social media research and investigative proposals by D. Hoffman and The Hetherington Group; TC and email w/ J. Reichman and client re: same; draft retainer agreement for Oleander Consulting. | 2.70 |
| JHR | Multiple TCs and email; re proposed agreements with social media experts | 0.60 |

12/06/2018

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | JLL | Finalize retainer agreement to Oleander Consulting; OC and email w/ J. Reichman and D. Hoffman re: matter status, litigation strategy, and proposed scope of cyber investigation report. | 1.00 |
| | JHR | Email; review draft of Hoffman retainer agreement. | 0.50 |
| 12/07/2018 | | | |
| | VU | Research re: defamation claims involving photographs; comments denouncing racism as protected opinion; limited public figures | 4.20 |
| | JLL | Receipt and review of signed retainer agreement w/ Oleander Consulting and The Hetherington Group; TC and email w/ D. Hoffman and R. Kroenfeld re: amended scope of research and clarification and timeline | 0.80 |
| | JHR | Draft brief; research, review first Amendment, cases, malice, governing law, section 230; email; review cases found by VU; TCs re: social media expert (including weekend). | 12.00 |
| 12/10/2018 | | | |
| | JLL | TC and email w/ D. Hoffman and J. Reichman re: status of social media analytics and cyber investigation report; further review of audio recording of plaintiff's interview with T. Aaron II. | 0.90 |
| | JHR | Draft brief; review videotapes of meetings and testimony. | 5.50 |
| 12/11/2018 | | | |
| | JLL | Receipt and review of cyber investigation and social media investigation reports as well as draft evidentiary timeline; OC and email w/ D. Hoffman and J. Reichman re: same. | 2.70 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | JHR | Draft brief and affidavits. | 6.30 |
| 12/12/2018 | | | |
| | JLL | Further research and review of CA law re: "libel-proof plaintiff" and incremental harm doctrine; OC and email w/ J. Reichman re: same; TC and email w/ D. Hoffman and R. Kronenfeld re: cyber investigation report and proposed evidentiary timeline. | 4.80 |
| | JHR | Draft memo papers; review of social media posts. | 7.50 |
| 12/13/2018 | | | |
| | JLL | Receipt and review of amended cyber investigation report and edits/revisions to D. Hoffman and J. Reichman affidavits; TC and email w/ J. Reichman, D. Hoffman, and R. Kronenfeld re: same. | 1.00 |
| | JHR | Draft motion papers. | 7.00 |
| 12/14/2018 | | | |
| | VU | Edited and cite-checked brief; created TOA and TOC | 6.30 |
| | JLL | Review and revise memorandum of law and supporting affidavits; compile motion exhibits, table of contents, table of authorities, and visual aides; OC and email w/J. Reichman and V. Upadhyaya re: same; cite check governing statutes and case law; further review of amended complaint and HG cyber investigation report. | 6.30 |
| | JHR | Finalize papers; TC JR; O/C JL. | 2.30 |
| 12/15/2018 | | | |
| | JLL | Continue to revise affidavits of J. Reichman and D. Hoffman; further review of J. Reid timeline/research, cyber investigation report, | |

| | | | |
|---|---|---|---|
| | | plaintiff's amended complaint, and Oleander social media activity report for R. La Liberte; email w/ J. Reichman re: same. | 2.40 |
| 12/16/2018 | | | |
| | JLL | Further review and revise defendant's memorandum of law in support of client's motion to dismiss / strike. | 1.80 |
| 12/17/2018 | | | |
| | JLL | Revise and finalize memo of law and affidavits in support of client's motion to strike/dismiss; draft notice of motion; compile exhibits to witness affidavits; OC and email w/ J. Reid, D. Hoffman, and J. Reichman re: same; further review of Chief Judge Irizarry's Individual Practice Rules; draft cover letter for delivery of motion to Chief Judge Irizarry; email w/ opposing counsel re: matter status and filing of defendant's anti-SLAPP motion. | 6.00 |
| | JHR | Finalize motion papers. | 0.30 |
| 12/18/2018 | | | |
| | JLL | Email w/ J. Reichman and opposing counsel re: request for consent to limited discovery pending determination of anti-SLAPP motion; research and review of CA case law, statutes, and local court rules re: same. | 0.40 |
| | JHR | Email; research re: right to discovery. | 1.00 |
| 12/19/2018 | | | |
| | JLL | Receipt and review of proposed joint letter re: briefing schedule and stipulation/order re: proposed motion to strike; email w/ J. Reichman, T.Wilson, and L. Wood re: same. | 0.20 |
| | JHR | Email; stipulation. | 0.20 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| John H. Reichman | 50.20 |
| Vani Upadhyaya | 10.50 |
| Jason Libou | 36.60 |

January 2019

01/04/2019

| | | |
|---|---|---|
| JLL | Review of EDNY docket and 12/21/18 order granting motion for extension of time to file opposition to defendant's anti-SLAPP motion. | 0.20 |

01/08/2019

| | | |
|---|---|---|
| JLL | Receipt and review of plaintiff's 1/7/19 letter to Judge Irizarry and attorney declaration requesting pre-motion discovery on issue of actual malice; research individual motion practice rules and local EDNY rules re: same; OC and email w/ J. Reichman re: same; draft letter to judge confirming extension of time to respond to 1/7/19 discovery letter until 1/18/19. | 1.30 |
| JHR | Review letter motion and affidavit; email; o/c JL; draft response; texts; anti-SLAPP research | 3.00 |

01/09/2019

| | | |
|---|---|---|
| JHR | Draft letter brief and affidavit re: plaintiff's discovery application | 3.30 |

01/10/2019

| | | |
|---|---|---|
| JHR | Review decision; email | 0.10 |

01/14/2019

| | | |
|---|---|---|
| JLL | Receipt and review of Judge Irizarry's 1/11/19 order denying p's request for pre-motion discovery; email w/ J. Reichman re: same; email w/ opposing counsel re: service of p's opposition to d's anti-SLAPP motion. | 0.40 |
| JHR | Review answering papers; email | 1.30 |

01/15/2019

| | | |
|---|---|---|
| JLL | Further review of local EDNY and individual practice part rules for Judge Irizarry; legal research and review of federal case law re: objections to form and length of briefs; draft letter to Judge Irizarry re: d's objection to form of p's memo of law; OC and email w/ J. Reichman and opposing counsel re: same | 1.90 |
| JHR | Draft reply brief; draft letter to court re plaintiff's MOL | 3.40 |

01/16/2019

| | | |
|---|---|---|
| JLL | OC and email w/ J. Reichman re: details of p's interview w/ Tony Aaron and outline of legal research for reply brief. | 0.60 |
| JHR | Draft reply brief; review cited cases; email | 1.50 |

01/17/2019

| | | |
|---|---|---|
| JLL | Review of p's brief in opposition to d's motion to dismiss/strike; OC and email w/ J. Reichman, D. Hoffman, and R. Kronenfeld re: same; receipt and review of p's reply letter re: d's objection to form of opposition brief. | 1.20 |
| JHR | Review and research anti-SLAPP cases; draft reply brief | 2.00 |

01/18/2019

| | | |
|---|---|---|
| JLL | Continue review of p's brief in opposition to d's motion to dismiss/strike; OC and email w/ J. Reichman re: same and add'l research points for reply brief. | 1.00 |
| VU | Research re: considering extrinsic evidence on 12(b)(6) motions | 5.30 |
| JHR | Draft reply brief; O/C VA re research assignments; review cases, research re anti-SLAPP, judicial notice, constitionality, etc. | 5.00 |

01/21/2019

| | | |
|---|---|---|
| JHR | Draft reply brief; review cases and research re malice issues; TC JR | 2.50 |

01/22/2019

| | | |
|---|---|---|
| JHR | Draft reply brief; research re recent anti-SLAPP decisions | 4.20 |

01/23/2019

| | | |
|---|---|---|
| JLL | Review of draft reply brief; OC and email with J. Reichman re: same | 0.50 |
| JHR | Draft reply brief | 2.80 |

01/24/2019

| | | |
|---|---|---|
| JLL | Revisions to draft reply memorandum of law; further review of p's opposition brief; legal research and review of NY and CA statutes and case law re: limited purpose public figures. | 3.60 |
| JHR | Email; review WAPO article; finalize brief | 2.10 |

01/25/2019

| | | |
|---|---|---|
| JLL | Revise and finalize d's reply brief; further review of p's opposition brief and affidavits filed in support of d's motion to dismiss/strike; OC and email w/J. Reichman re: same; legal research and review of federal statutes re: Erie doctrine, judicial notice, limited purpose public figures, an standards governing determination of anti-SLAPP motions. | 5.00 |
| VU | TOC and TOA edits + cite checks | 1.50 |
| JHR | Review and finalize reply brief; review public figure cases | 1.00 |

01/27/2019

| | | |
|---|---|---|
| JLL | Email w/ J. Reichman re: final revisions to draft reply brief | 0.30 |

01/28/2019

| | | |
|---|---|---|
| JLL | Finalize defendant's reply brief and prepare the same for e-filing; email w/ J. Reichman and D. Hoffman re: same | 0.40 |
| JHR | Finalize brief; email | 0.50 |

01/29/2019

| | | |
|---|---|---|
| JLL | Receipt and review of 1/29 order striking plaintiff's opposition brief for failure to comply with formatting and length reqs; OC and email w/ J. Reichman re: same; draft cover letter to Judge Irizarry re: courtesy copy of d's reply brief. | 0.60 |
| JHR | Review decision re brief; email | 0.10 |

01/30/2019

| | | |
|---|---|---|
| JLL | Receipt and review of plaintiff's amended, re-formatted brief in opposition to defendant's motion and cover letter to Judge Irizarry re: same; email w/ opposing counsel re: same; create and compare redline version of original and revised memos of law filed by plaintiff. | 0.50 |
| JHR | Email; review revised brief | 1.20 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| John H. Reichman | 34.00 |
| Vani Upadhyaya | 6.8 |
| Jason Libou | 17.50 |

February 2019

02/04/2019

| | | |
|---|---|---|
| JLL | Receipt and review of 2/4 correspondence from p's counsel to CA Judicial Council; research and review of CA anti-SLAPP statutory notice requirement about same: email w/ J. Reichman re: same. | 0.30 |

| | | | |
|---|---|---|---|
| | JHR | Email | 0.10 |
| 02/05/2019 | | | |
| | JLL | Follow up TC w/ Judicial Council of California and J. Reichman re: applicability of anti-SLAPP statute notification provisions to out-of-state cases. | 0.30 |
| | JHR | Review plaintiff's filing. | 0.10 |
| 02/11/2019 | | | |
| | JLL | OC J. Reichman re: revisions to d's reply brief. | 0.20 |
| 02/14/2019 | | | |
| | JLL | E-file notice of appearance; email w/ EDNY clerk re: confirmation of filing. | 0.20 |
| | JHR | Draft reply brief. | 1.00 |
| 02/15/2019 | | | |
| | JLL | Revise and finalize d's reply memo of law in support of anti-SLAPP motion and prepare the same for e-filing; OC and email w/J Reichman and EDNY clerk re: same. | 1.80 |
| | JHR | Finalize brief | 0.30 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| John H. Reichman | 1.5 |
| Jason Libou | 2.8 |

## 2018 Attorney Fee Summary (Sept. – Dec. 2018)

| Timekeeper | Hours | Total |
|---|---|---|
| John H. Reichman ($650/hr) | 139.6 | $67,665 |
| Vani Upadhyaya ($170/hr) | 17.3 | $2,941 |
| Jason Libou ($375/hr) | 83.4 | $31,275 |
| 2018 Total: | 240.3 | $101,881 |

## 2019 Attorney Fee Summary (Jan. – Feb. 2019)

| Timekeeper | Hours | Total |
|---|---|---|
| John H. Reichman ($650/hr) | 35.5 | $23,075 |
| Vani Upadhyaya ($170/hr) | 6.8 | $1,156 |
| Jason Libou ($390/hr) | 20.3 | $7,917 |
| 2019 Total: | 62.6 | $32,148 |
| **Total Hours & Fees**: | **302.9** | **$134,029** |
| **Blended Hourly Rate - $442.48** | | |

## Expenses

| | |
|---|---|
| Oleander Consulting, LLC | $5,307.66 |
| Local Transportation | $129.12 |
| **Total Expenses:** | **$5,436.78** |