# TIME RECORDS AND EXPENSES
## La Liberte v. Reid

### (October 2019 – November 5, 2019)

October 2019

10/07/2019

| | | | |
|---|---|---|---|
| | JLL | Receipt and review of order and decision granting d's anti-SLAPP motion and awarding attorneys' fees; OC and e-mail w/ J. Reichman re: same. | .50 |
| | JHR | Review decision; email; TC JR | .90 |

10/16/2019

| | | | |
|---|---|---|---|
| | JHR | Review attorney's fees cases; research relevant controlling state law | 1.60 |

10/17/2019

| | | | |
|---|---|---|---|
| | JLL | Legal research and review of NY/CA case law re: motion for award of attorneys' fees and costs; OC and e-mail w/ J. Reichman re: same. | .60 |
| | JHR | Review Adelson; O/C JL re researching California law re attorney's fees | 1.50 |

10/22/2019

| | | | |
|---|---|---|---|
| | JLL | Legal research and review of CA statutes and case law re: motions for and awards of attorneys' fees and costs under CA anti-SLAPP law; OC and e-mail w/ J. Reichman re: same. | 1.30 |
| | JHR | Review CA cases re attorney's fees; o/c JL re research on rates | 2.30 |

10/23/2019

| | | | |
|---|---|---|---|
| | JHR | Review of time records; review CA cases; draft brief | 2.50 |

10/24/2019

| | | | |
|---|---|---|---:|
| | JLL | Research and review of NY/CA cases re: anti-SLAPP motions and awards of attorneys' fees; further review of order / decisions; OC and e-mail w/ J. Reichman re: same. | 1.80 |
| | JHR | Draft motion papers; email | 2.20 |
| <u>10/25/2019</u> | | | |
| | JLL | Continue research and review of NY/CA case law re: anti-SLAPP statutes and awards of attorneys' fees; draft spreadsheet tracking individual case awards / hourly rates; OC and e-mail w/ J. Reichman re: same; research Judge Irizarry decisions re: attorneys' fee awards. | 2.80 |
| | JHR | Email; review cases; prior awards | 1.20 |
| <u>10/29/2019</u> | | | |
| | JLL | Review of attorney declarations in support of motion for attorneys' fees; OC and e-mail w/ J. Reichman re: same; receipt and review of p's notice of appeal; e-mail w/ EDNY clerk re: same. | 1.00 |
| | JHR | TC conf NBC; draft motion papers; review notice of appeal; email to JR | 5.00 |
| <u>10/30/2019</u> | | | |
| | JLL | Continue legal research and review of NY/CA case law re: attorney fee awards; receipt and review of notice of appeal and deadline to submit appellate record and related certification e-filed by p's counsel; OC and e-mail w/ J. Reichman re: same. | .50 |
| | JHR | Email; draft motion papers | 2.00 |
| <u>10/31/2019</u> | | | |
| | JHR | Draft motion papers re attorney's fees; email; | 2.00 |
| <u>11/01/2019</u> | | | |

| | | | |
|---|---|---|---|
| | JLL | Continue legal research and review of NY/CA cases and statutes re: lodestar method, use of attorney's award multipliers, local/regional forum rule, and relevant evidence to demonstrate reasonableness of fees; TC and e-mail w/ J. Reichman re: same. | 2.30 |
| | JHR | Draft motion re attorney's fees; TC LA | 2.70 |
| 11/04/2019 | | | |
| | JLL | Receipt and review of D. Kummer affidavit (signed); e-mail w/ D. Kummer and J. Reichman re: same; OC w/ J. Reichman re: additional legal research on NY/CA attorney's fee cases re: "forum rule" and calculation of hourly rates; review of memo of law in support of motion for attorney's fees. | 1.20 |
| | JHR | Draft motion papers | 3.50 |
| 11/05/2019 | | | |
| | JLL | Revise / finalize memo of law in support of motion for attorney's fees; continue legal research and review of NY/CA case law re: same; OC and e-mail w/ J. Reichman re: same. | 3.60 |
| | JHR | Finalize papers | 1.00 |

**Attorney Fee Summary (Oct. 2019 – Nov. 5, 2019)**

| Timekeeper | Hours | Total |
|---|---|---|
| John H. Reichman ($650/hr) | 28.4 | $18,460 |
| Jason Libou ($390/hr) | 15.6 | $6,084 |
| **Total Hours & Fees:** | **44.0** | **$24,544** |
| **Blended Hourly Rate - $557.81** | | |

075863-002/00216655-1