UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
ROSLYN LA LIBERTE,

    Plaintiff,

               -against-

JOY REID,

    Defendant.
------------------------------------------------------------------x

Case No.: 1:18-cv-05398-DLI-VMS

ECF Case

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

TO:    Clerk of Court
         United States District Court
         Eastern District of New York

      The undersigned attorney, duly admitted to practice before this Court, respectfully requests the Clerk to note his appearance in the above-captioned action as co-counsel for Plaintiff Roslyn La Liberte and to add him as the Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted this 5th day of October, 2020.

By:*/s/ L. Lin Wood*
L. Lin Wood
**L. LIN WOOD, P.C.**
P.O. Box 52584
Atlanta, Georgia 30355-0584
lwood@linwoodlaw.com
404-891-1402

*Attorney for Plaintiff Roslyn La Liberte*