# DAVID YEGER LAW PLLC

January 20, 2021

**<u>VIA ECF ONLY</u>**
Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

                         Re:     *Roslyn La Liberte v. Reid;* 18-cv-05398 (DLI) (VMS)

Your Honor:

       We represent defendant Joy Reid in the above-entitled action. We write to respectfully obtain from the Court further clarification concerning the Order issued today granting defendant's request (ECF 60) for leave to file a brief in excess of 25 pages in support of defendant's anticipated motion to revoke Lin Wood's *pro hac vice* admission as plaintiff's counsel. Our understanding of today's Order is that in granting our request, defendant's opening brief (and plaintiff's opposition brief) may exceed 25 pages so long as the word count does not exceed 7,500 words. Given that the motion is due to be filed on Monday, we respectfully request that if our understanding is incorrect, the Court so advise us at the Court's earliest convenience.

       Thank you for considering our request.

                                                   Respectfully submitted,

                                                   */s/ David Yeger*

                                                   David Yeger

cc:     All Counsel on ECF