UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSLYN LA LIBERTE, | Case No.: 1:18-cv-05398-DLI-VMS |
| Plaintiff, | **NOTICE OF MOTION** |
| - against - | |
| JOY REID, | |
| Defendant. | |

**PLEASE TAKE NOTICE**, that upon the Declaration of John H. Reichman, dated January 25, 2020, and the exhibits annexed thereto, and the Memorandum of Law in Support, dated January 25, 2020, defendant Joy Reid, by and through her undersigned counsel, will move this Court, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be designated by this Court, for an Order: (i) revoking the *pro hac vice* admission of plaintiff's counsel L. Lin Wood; and (ii) granting such other and further relief as is right and proper.

Dated: Montclair, New Jersey
January 25, 2021

**JOHNREICHMANLAW LLC**

By: *s/ John Reichman*
    John H. Reichman
    David Yeger, *Of Counsel*
56 Oakwood Avenue
Montclair, New Jersey 07043
(917) 626-8025
john@johnreichmanlaw.com
david@yegeresq.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous Jr.
Marcellus A. McRae

Marissa Moshell
333 S. Grand Avenue
Los Angeles, California 90071
(213) 229-7000
TBoutrous@gibsondunn.com
MMcRae@gibsondunn.com
MMoshell@gibsondunn.com

*Attorneys for Defendant Joy Reid*

To:   David M. Olasov
      Olasov LLP
      485 Madison Avenue, 7th Fl.
      New York, New York 10022
      (212) 588-0540
      dolasov@olasov.com

      *-and-*

      L. Lin Wood (Admitted *Pro Hac Vice*)
      L. Lin Wood, P.C.
      1180 West Peachtree Street, Ste. 2040
      Atlanta, Georgia 30309
      (404) 891-1402
      lwood@linwoodlaw.com

      *Attorneys for Plaintiff*