UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSLYN LA LIBERTE,<br><br>     Plaintiff,<br><br>v.<br><br>JOY REID,<br><br>     Defendant. | Civil Action No.: 1:18-cv-5398-DLI-VMS<br><br>Hon. Dora L. Irizarry<br><br>**PLAINTIFF'S INITIAL DISCLOSURES,<br>AS SUPPLEMENTED** |

Plaintiff Roslyn LaLiberte ("LaLiberte" or "Plaintiff"), by her attorneys, L. Lin Wood, P.C. and Olasov LLP, hereby provides the following Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

Plaintiff's Initial Disclosures are based on the information and evidence currently available to Plaintiff.  Plaintiff reserves the right to amend and/or supplement her Initial Disclosures as a result of information discovered in her ongoing investigation into this matter. Further, Plaintiff's Initial Disclosures are made without waiving any right to demand production of additional information and documents not referenced herein, and to object to the production and/or admissibility of any document or information on any ground including, without limitation, the attorney-client privilege, work product doctrine, or relevancy.

      **1.**     **Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

| Individual | Subjects |
|---|---|
| Roslyn LaLiberte<br>% L. Lin Wood, P.C. | Matters alleged in the Amended Complaint |

-1-

| | |
|---|---|
| Doug Codron<br>████████████<br>San Francisco, CA 94080<br>818-██████ | Efforts to Obtain Retraction from Defendant<br>Emotional and Financial Impact of defamation on<br>Plaintiff and her family |
| Savannah LaLiberte<br>████████████<br>North Hollywood, CA 91601<br>818-██████ | Emotional and Financial Impact of Defamation on<br>Plaintiff and her family |
| Genevieve [last name unknown]<br>310-██████ | Authentication of film of interaction of Plaintiff<br>with Joseph (Joey) Luevanos and others at Simi<br>Valley City Council meeting on June 25, 2018 |
| Hal Eisner<br>KTTV Fox 11<br>████████████<br>Los Angeles, CA 90025<br>805-██████ | Authentication of television interview and related<br>testimony |
| Elsa Aldguer<br>████████████<br>CA 91306-1146 | Simi Valley City Council meeting on June 25, 2018<br>and related testimony |
| Joseph (Joey) ████████<br>[address and telephone no.<br>currently unknown] | Simi Valley City Council meeting on June 25, 2018<br>and related testimony |
| Joy Reid<br>% Defendant's counsel | Matters alleged in Amended Complaint |

**2. Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.**

All documents, videos and transcripts referenced in the Amended Complaint, to the extent in Plaintiff's possession, custody or control.

Documents constituting emails, texts and letters published or transmitted to Plaintiff in connection with, or otherwise relating to, Defendant's defamatory publications, to the extent in Plaintiff's possession, custody or control.

Certain business records of Plaintiff's closely held businesses, RC Associates, Inc. and RC Design Construction Associates Inc.

**3.    Computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered**

Plaintiff objects to the foregoing item, to the extent that it calls upon Plaintiff to make a computation of *per se* damages for defamation, to which the Court of Appeals for the Second Circuit in *La Liberte v. Reid,* 966 F.3d 79 (2d Cir. July 15, 2020), held Plaintiff to be presumed on the basis of the allegations of the amended complaint.  Such damages are determined by the finder of fact on trial on the basis of a totality of the facts established at trial, and are thus to be determined by the finder of fact and not "calculated" as such.  *See, e.g., Cantu v. Flanigan*, 705 F. Supp.2d 220 (E.D.N.Y 2010).  The Court of Appeals also held that Plaintiff had no obligation to plead or establish special damages as defined by California law in order to recovery compensatory damages.

Notwithstanding the foregoing, Plaintiff suffered special damages, within the meaning of California law, in the amount of (i) lost business from formerly recurring customers, (ii) the destruction of valuable business assets of Plaintiff, including its web site, and (iii) security expenditures to protect Plaintiff's residential and business address from threats.  The amount of such lost business has been preliminarily calculated to be at least $1,043,114.69, based upon the loss of continuing clients with recurring needs and of a sales representative relationship. Attached as Exhibit A is a schedule identifying such loses by customer. The valuation of the destruction of valuable business assets and the expenditure of previously unnecessary security measures to protect plaintiff and her businesses are preliminarily estimated as not less than $35,498.92, as scheduled in Exhibit B attached hereto.  Plaintiff reserves the right to supplement or to make alternate calculations of special damages incurred by her.

-3-

Plaintiff identifies the following categories of damages that she claims in the present action:

    i.   Compensatory damages for Plaintiff's actual damages, including *per se* damages as authorized by the opinion and mandate of the Court of Appeals and special damages as a result of Defendant's defamatory publications;

    ii.  Punitive damages;

    iii. Attorneys' fees;

    iv. Costs and expenses of litigation.

**4.     Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.**

Unknown to Plaintiff.

Dated: January 29, 2021

**L. LIN WOOD, P.C.**

By: */s   Lucian L. Wood, Esq.*

P.O. Box 52584
Atlanta, GA  30355-0584
(513) 381-2838

**OLASOV LLP**

By: */s   David M. Olasov,.*

485 Madison Avenue, 7th Floor
New York, NY  10022
(212) 588-0540

*Attorneys for Plaintiff*

# Exhibit A

**(Plaintiff's Lost Profits through Closely Held Businesses)**

1.  Installation of Security System at
    Plaintiff's Residence (and Place of
    Business)                                                $3,830.40

2.  Replacement of email addresses
    and related computer security activities                 $1,200.00

3.  Change of façade and appearance
    of residence and office to protect
    against online disclosure of prior
    appearance, for security purposes       $12,290.00
                                             4,500.00
                                             7,467.50
                                             2,406.00
                                             3,406.00
                                                            $27,663.50

4.  Replacement of mobile phones
    and telephone numbers following
    huge volume of abusive telephone calls,
    emails, and text messages                                 $398.92

                              **Total**                     $35,498.82

Invoices and statements supporting the foregoing expenditures are attached.

| Dates | Customer/Representative | Work Address | Contract Amount | Commissions |
|---|---|---|---|---|
| 2014 - 2018 | Customer No. 1 | to be provided | $899,479.01 | |
| 2015 - 2018 | Customer No. 2 | | $669,188.00 | |
| 2014 - 2016 | Customer No. 3 | | $546,269.10 | |
| 2017 - 2018 | Customer No. 4 | | $878,687.83 | |
| 2017 - 2018 | Customer No. 5 | | $1,062,566.09 | |
| 2016 - 2017 | Customer No. 6 | | $484,002.80 | |
| 2014 - 2018 | Customer No. 7 | | $139,750.00 | |
| 2014 - 2018 | Customer No. 8 | | $127,542.00 | |
| 2015 - 2018 | Sales Representative | | | $177,767.42 |

|  |  |  |
|---|---|---|
| Gross Profit Rate | 18% | |
| | | Total Lost Profits |

Lost Profit

$161,906.22
$120,453.84
$98,328.44
$158,163.81
$191,261.90
$87,120.50
$25,155.00
$22,957.56
$177,767.42


$1,043,114.69

# EXHIBIT B

**(Security and Related Expenditures)**

SP/\RK®
| B U S I N E S S

Page 2 of 2
**Spark® Visa Signature Business Account Ending in 4033**
Jun. 26, 2018 - Jul. 25, 2018  |  30 days in Billing Cycle

Transactions

Transactions Continued

...lt ............ *to see detailed*

...SLYN LA LIBERTE #4033: Payments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| Jul 13 | PAYMENT | - $7,808.10 |

ROSLYN LA LIBERTE #4033: Transactions

| Date | Description | Amount |
|------|-------------|--------|
| Jun 30 | AT&T S621 4059WOODLAND HILLCA | $108.24 |
| Jun 30 | AT&T S621 4055WOODLAND HILLCA | $290.68 |

Redacted by
counsel

$398.92

Antonio Olmos

35469

| Date | Type | Reference | | Original Amt. | Balance Due | 7/16/2019 Discount | Payment |
|------|------|-----------|--|---------------|-------------|--------------------|---------|
| 7/10/2019 | Bill | 4052 | | 3,406.00 | 3,406.00 | | 3,406.00 |

Check Amount            3,406.00

New CHKG-3917

3,406.00

PRODUCT DLT103     USE WITH 91863 ENVELOPE     MCBEE  To Reorder: 1-800-662-2331 or www.mcbeeinc.com

4642692401

# Invoice

**Antonio Olmos**

**8536 Rubio Ave**
**North Hills, Ca 91343**

| Date | Invoice # |
|------|-----------|
| 7/10/2019 | 4052 |

| Bill To |
|---------|
| Louie |
| ▇▇▇▇▇▇▇ |
| Woodland Hills, CA 91367 |

| Terms | Due Date |
|-------|----------|
| Monthly | 7/10/2019 |

| Item | Description | | Amount |
|------|-------------|---|--------|
| Plants | (8) 5 gallon Blue Glow Agave $496.00 | ($62.00 each) | 2,423.00 |
| | (3) 5 gallon Agave America $108.00 | ($36.00 each) | |
| | (2) 5 gallon Cereus Peruvianus $136.00 | ($68.00 each) | |
| | (3) 5 gallon Agave Attenuata Ray of light $144.00 | ($48.00 each) | |
| | (40) 1 gallon Succulents $390.00 *386,00* | ($9.65 each) | |
| | (2) 15 gallon Nopal $156.00 | ($78.00 each) | |
| | (2) 5 gallon Star Jasmine $56.00 | ($28.00 each) | |
| | (2) 15 gallon Peruvian Apple Cactus $356.00 | ($178.00 each) | |
| | (1) 15 gallon Multi trunk Peruvian Apple Cactus $383.00 | | |
| | (1) 7 gallon king cup Cactus $198.00 | | |
| Drip System | (2) Filters & regulators emitters, couplings 1/2 inch solid tubing, 1/4 tubing Sprinklers for grass area | | 850.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

Page 1

# Invoice

Antonio Olmos
8536 Rubio Ave
North Hills, Ca 91343

*LANDSCPE*
*$3,406.00*

| Date | Invoice # |
|------|-----------|
| 7/10/2019 | 4052 |

**Bill To**

Louie
███████
Woodland Hills, CA 91367

| Terms | Due Date |
|-------|----------|
| Monthly | 7/10/2019 |

| Item | Description | | Amount |
|------|-------------|--|--------|
| Gravel | 3 scoops of gravel       ($85.00 each)<br>$255.00<br>weed barrier<br>$160.00<br>Staples<br>$68.00 | | 483.00 |
| Labor | | | 650.00 |
| Credit | | | -1,000.00 |

Date Received: 7/16/19
Approved to Enter: 7/16/19
Approved to Pay: 7/18/19

| | | |
|--|--|--|
| Total | | $3,406.00 |
| Payments/Credits | | $0.00 |
| Balance Due | | $3,406.00 |

Page 2

35436

Bradford Sheet Metal

| Date | Type | Reference | Original Amt. | Balance Due | 6/20/2019 Discount | Payment |
|------|------|-----------|---------------|-------------|---------------------|---------|
| 6/19/2019 | Bill | 8056 | 2,406.00 | 2,406.00 | | 2,406.00 |
| | | | | | Check Amount | 2,406.00 |

New CHKG-3917

2,406.00

PRODUCT DLT103      USE WITH 91663 ENVELOPE          MCBEE  To Reorder: 1-800-662-2331 or www.mcbeeinc.com

4642692401

Bradford Sheet Metal

*$2,406.00*

*H*

# Invoice

4164 Sopp Rd
Mojave, CA 93501

| Date | Invoice # |
|------|-----------|
| 6/19/2019 | 8056 |

| Phone # | (661) 886-3031 |
|---------|----------------|

Bill To

*Roslyn's House*

Woodland Hills, Ca. 91367

| Project | Terms |
|---------|-------|
|         |       |

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

New e-mail address? Enter here: _____

| Balance Due | $2,406.00 |
|-------------|-----------|

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Invoicing | remove 7 downspouts | 7 | 50.00 | 350.00 |
| Invoicing | cover A/C line 20ft fab and install | 20 | 9.00 | 180.00 |
| Invoicing | cover solar line 20ft fab and install | 20 | 9.00 | 180.00 |
| Invoicing | cover phone line 14ft fab and install | 14 | 9.00 | 126.00 |
| Invoicing | Equipment cover stainless steel 6' long | 1 | 400.00 | 400.00 |
| Invoicing | chimney cap 2'X4' fabricate and install | 1 | 350.00 | 350.00 |
| Invoicing | chimney shroud 2'X4' fabricate and install | 1 | 350.00 | 350.00 |
| Invoicing | tub access cover fabricate and install | 1 | 50.00 | 50.00 |
| Invoicing | reinstall downspouts | 7 | 60.00 | 420.00 |

Date Received:      Date: 6/20/19   Initial:
Approved to Enter:  6/20/19
Approved to Pay:    6/20/19

6/19/19

| Total | $2,406.00 |
|-------|-----------|
| Payments/Credits | $0.00 |
| Balance Due | $2,406.00 |

# DYNAMIC

Garage Door Service & Installation

DynamicGarageDoor.com
Customer Service (714) 900-3667
Facsimile (714) 900-3668

Dynamic Garage Door
675 N. Euclid Street, Unit 511
Anaheim, CA  92801-6349

**WO / INVC**
65053

## CUSTOMER INFORMATION

| | |
|---|---|
| Name: | Louie & Roslyn La Liberte |
| Address: | |
| | Woodland Hills, CA 91367 |
| Telephone: | (818) |
| Alternate: | (818) |
| Email: | com |

## ORDER INFORMATION

| | |
|---|---|
| Order Date: | 04/11/19 |
| Install Date: | 06/19/19 |
| Service Time: | |
| Service Tech: | PK |
| PO #: | |
| Terms: | ☐ C.O.D. ☐ Prepaid ☐ Bill |

NATURE OF WORK / SERVICE REQUESTED:  ☐ Maintenance  ☐ Repair  ☐ Installation  ☐ Warranty

Custom design, manufacture finish and install a double Spanish Colonial Garage door and 4 matching shutters

| QTY | DESCRIPTION | PRICE | EXTENDED |
|---|---|---|---|
| 1 | Final payment  for above custom garage door and 4 decorative shutters | $ 7,250.00 | $ 7,250.00 |
| | 3% processing fee of $ 217.50 | $  217.50 | $  217.50 |

*Garage & Shutters*

*7,467.50*

**BALANCE DUE AT TIME OF INSTALL-PLEASE HAVE GARAGE AREA CLEARED BACK AT LEAST 10' FROM DOOR ENTRANCE PRIOR TO INSTALL CREWS ARRIVAL-THANK YOU**

| | |
|---|---|
| SUBTOTAL: | $ 7,467.50 |
| SALES TAX: | $  included |
| LABOR : | $  included |
| TOTAL: | $ 7,467.50 |
| CREDITS: | $    00.00 |
| TOTAL DUE: | $ 7,467.50 |

### PAYMENT METHOD

☐ Cash  ☒ Credit  ☐ Check

Reference #_____

**Warranty:** Dynamic Garage Door warrants parts, service and/or labor listed on this work order for up to one year from date of service.  Damage deemed to be the customer's fault due to improper operation or lack of maintenance of any garage door, activating device and/or accessory voids this warranty prematurely. Any damage caused by natural elements such as but not limited to natural disasters and/or severe weather conditions are not grounds to claim warranty repair and/or replacement. Any warranty service claim found to be out of the warranty specifications will incur the current service call charge at time of warranty service. Additionally, if any parts, labor or surcharge apply for work performed during such instance will be the claimant's responsibility and payment will be due upon completion. DO NOT hire anyone other than Dynamic Garage Door if you feel you may have a valid warranty claim, this will void any warranties you may have with us.

# PERFECTION PAINTING

*Our house*

3818 E. CORONADO ST.
\NAHEIM, CA  92807
(714) 961-0898
LICENSE #655275

*Painting 4,500*

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 06/07/19 | 43616 |

**BILL TO:**

*Roslyn's House*

▮▮▮▮▮▮▮▮▮

WOODLAND HILLS, CA  91367

**JOB NAME:**

▮▮▮▮▮▮

WOODLAND HILLS, CA

| TERMS |
|-------|
| Net 30 |

| DESCRIPTION |
|-------------|
| PREP AND PAINT COMPLETE EXTERIOR OF HOUSE INCLUDING METAL GATES AND PLANTER WALLS. |

35420

Perfection Painting

| Date | Type | Reference | Original Amt. | Balance Due | 6/11/2019 Discount | Payment |
|------|------|-----------|---------------|-------------|---------------------|---------|
| 6/7/2019 | Bill | 43616 | 4,500.00 | 4,500.00 | | 4,500.00 |

Check Amount   4,500.00

New CHKG-3917

4,500.00

PRODUCT DLT103    USE WITH 91683 ENVELOPE    MCBEE  To Reorder: 1-800-662-2331 or www.mcbeeinc.com

4642692401

| TOTAL | $4,500.00 |
|-------|-----------|

| Date: 7/11/2018   Work Type: Remote | | | | |
|---|---|---|---|---|
| **Date** | **Staff** | **Notes** | **Bill** | **Hours** |
| 07/11/2018 | Radford, Dereck | **Service Ticket:**1476880 | Y | 0.35 |
| | | **Summary:**On SIte Visit | | |
| | | Discussed with Roslyn about needing a technician onsite. After speaking with Sheldon, he can be onsite tomorrow at 10am. | | |
| | | Thanks, Dereck | | |

| **Invoice Time Total:** | **Billable Hours:** | **8.60** |
|---|---|---|

**Invoice Time Detail**

| | |
|---|---|
| **Invoice Number:** | LBB118135 |
| **Company:** | RC Associates |

**Date: 6/30/2018   Work Type: After Hours**

| Date | Staff | Notes | Bill | Hours |
|------|-------|-------|------|-------|
| 06/30/2018 | Fonner, Jonathan | **Service Ticket:**1476151 | Y | 1.00 |
| | | **Summary:**Shut Down Email | | |
| 06/30/2018 | Fonner, Jonathan | **Service Ticket:**1476151 | Y | 1.00 |
| | | **Summary:**Shut Down Email | | |
| | | ███████████com has been disabled. | | |
| | | Thank You | | |

**Date: 7/9/2018   Work Type: Remote**

| Date | Staff | Notes | Bill | Hours |
|------|-------|-------|------|-------|
| 07/09/2018 | Perdomo, Luis | **Service Ticket:**1476338 | Y | 3.75 |
| | | **Summary:**On site | | |
| | | Traveled TO  RCA | | |
| | | Assisted with Email setup | | |
| | | Assisted with Banking issue | | |
| | | Worked on website issue | | |
| | | Will need to escalate  website issue to Dereck | | |
| | | Will continue working on Ipad from out office in the morning | | |

**Date: 7/10/2018   Work Type: Remote**

| Date | Staff | Notes | Bill | Hours |
|------|-------|-------|------|-------|
| 07/10/2018 | Perdomo, Luis | **Service Ticket:**1476338 | Y | 0.50 |
| | | **Summary:**On site | | |
| | | Setup Ipad | | |
| | | Talked to Roslyn and attempted to walk her through setting up email on phone | | |
| | | Roslyn will be coming by later today to pick up Ipad and setup Iphone | | |
| 07/10/2018 | Perdomo, Luis | **Service Ticket:**1476338 | Y | 1.50 |
| | | **Summary:**On site | | |
| | | Looked into why iPad keeps wiping | | |
| | | Called support | | |
| | | Removed iPad from exchange account | | |
| | | Factory reset it | | |
| | | Roslyn and Louie came on site to finish setting up iPads | | |
| | | Setup Ipads | | |
| | | Ensured that Louis Ipad would not Wipe again | | |
| | | All Ipads restored with no issues | | |
| | | Tested RDP connection and all is good | | |
| 07/10/2018 | Perdomo, Luis | **Service Ticket:**1476338 | Y | 0.50 |
| | | **Summary:**On site | | |
| | | Called Roslyn | | |
| | | Logged onto her PC via Join. session | | |
| | | Worked with her to locate missing emails | | |
| | | We found she accidentally moved it the archive folder | | |
| | | Restored all emails to the inbox | | |
| | | Ticket is now closed | | |

Discounts Subtotal:     $-490.00      $0.00

**Permits:**

**Reinstatement Charges**

Past Due Amount                    $0.00

Pre Pay Amount                     $0.00



Install Taxes†                     $0.00

Monthly Taxes†                              $0.00

Total Savings Install     $-490.00

Total Savings Monthly              $0.00

TOTAL INSTALLATION PRICE*:         $2,128.00

TOTAL MONTHLY SERVICE CHARGE:              $64.99

DEPOSIT RECEIVED 07/02/2018:       $212.80

REMAINING INSTALLATION BALANCE†:   $1,915.20

TOTAL DUE AT INSTALLATION†:        $1,980.19  *Paid 7/30/18 w/ Capital One VISA*

   

ADT Security Services. Providing rapid response and peace of mind, 24 hours a day.®

†Install and Monthly Taxes Amount, Amount Due at Installation and Balance Due are estimates; final amounts will

| Home Security | Qty | Install | Monthly |
|---|---|---|---|
| **[L4 001] - Video Package:** | 1 | $0.00 | $57.99 |
| [3G4000RF-ADTUSA] - Cellguard for Pulse | 1 | $100.00 | $0.00 |
| [iHUB BUNDLE] - Broadband External Gateway & Interactive Module | 1 | $100.00 | $0.00 |
| [RC8326] - 720P HD H.264 WIFI Indoor IP Camera, Cloud Link Enabled | 1 | $50.00 | $0.00 |
| [SWPCW6150C] - (RF) SWPro 3000 Control + Std. KP | 1 | $149.00 | $0.00 |
| QSP: [R-AddQSP-Included] - 0-17 zones | 1 | $0.00 | $0.00 |
| QSP: [N-AddQSP-7] - $2,001-$2,500 | 1 | $0.00 | $7.00 |
| | | | |
| **Accessories:** | | | |
| [8VR1S7-0EN0] - Ring Video Doorbell | 1 | $229.00 | $0.00 |
| [MDC835] - Pulse Indoor/Outdoor HD Mini Dome Camera | 5 | $1,445.00 | $0.00 |
| | | | |
| | | | |
| **Solution Subtotal:** | | **$2,073.00** | **$64.99** |
| | | | |
| **Additional Fees:** | | | |
| [APERMIT] - Municipal Police/Alarm Use Permit - Customer Responsibility | 1 | $0.00 | $0.00 |
| [CON] - Connection-Activation Fee | 1 | $25.00 | $0.00 |
| [LABOR] - Additional Labor | 8 | $520.00 | $0.00 |
| | | | |
| | | | |
| **Fees Subtotal:** | | **$545.00** | **$0.00** |
| | | | |
| **Promotional Discounts:** | | | |
| Video & Vid Lite Level Upgr: $49 install price for Gateway (and panel only if needed), & Camera + 15% off adds (up to $240 add-on savings) (Tenure Req is 28+ Months) | 1 | $-490.00 | $0.00 |

**Louie La Liberte**

| | |
|---|---|
| From: | ADT Security Services <ADT@business.adt.com> |
| Sent: | Monday, July 02, 2018 4:02 AM |
| To: | Louie La Liberte |
| Subject: | Your ADT Security Order Confirmations |

Your order confirmation is here.



**MATT NONEMACHER**
Custom Home Services Sales Rep

9201 Oakdale Ave, Suite 100
Chatsworth, CA 91311

mnonemacher@adt.com
C 626.278.1553
O 818.929.3314

adt.com
Lic # ACO 7155

**ADT** *Always There* ®

Security Specialist
189293314

# THANK YOU FOR YOUR ORDER

Dear Louie La Liberte,

Thank you for choosing ADT® Security Services. We are excited to welcome you into the ADT family.

Matthew Nonemacher, Security Specialist
mnonemacher@adt.com
1 8189293314
ADT Security Services

| Customer Information: | Additional Contact Info: |
|---|---|
| Louie La Liberte | **Your Local ADT Manager:** |
| (818) ■■■■ | David Corio |
| | dcorio@adt.com |
| **Customer Account Number:** | (818) 232-2599 |
| ■■■■ | |

| Service Address: |
|---|
| ■■■ |
| Woodland Hills, CA |



CAMERAS - 3830.40
PER MONTH — 61.00