# EXHIBIT A

**Current on Bloomberg Law as of** 2021-02-11 16:15:27

Delaware Superior Court
Sussex County
Docket for Case #: S20C-07-030 CAK

# CARTER PAGE VS OATH INC

| | |
|---|---|
| **Date Filed:** | Jul 27, 2020 |
| **Status:** | Active |
| **Assigned to:** | Karsnitz, Craig A |
| **Case Type:** | Civil - CDEF - Defamation |

# Parties and Attorneys

| | | |
|---|---|---|
| **Plaintiff** | **Carter Page** | |
| **Representation** | **Sean J Bellew**<br>phone: (610) 585-5900<br>fax: (302) 504-6334 | |
| **Defendant** | **Oath Inc.** | |
| **Representation** | **Jonathan Choa**<br>phone: (302) 984-6000<br>fax: (302) 658-1192 | **Thomas Brad Davey**<br>phone: (302) 984-6000<br>fax: (302) 658-1192 |

# Docket Entries

| Entry # | Filing Date | Description |
|---|---|---|
| BL-1 | Jul 27, 2020 | Complaint |

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| | | Date | Time | Type | Status |
| | | Jul 27, 2020 | 14:17:05 | Complaint | Accepted |
| BL-2 | Jul 27, 2020 | Exhibits 1-11 | | | |
| | | Date | Time | Type | Status |
| | | Jul 27, 2020 | 14:17:05 | Exhibits | Accepted |
| BL-3 | Jul 27, 2020 | Summons - New Castle County | | | |
| | | Date | Time | Type | Status |
| | | Jul 27, 2020 | 14:17:06 | Summons | Accepted |
| BL-4 | Jul 27, 2020 | Civil Case Information Statement | | | |
| | | Date | Time | Type | Status |
| | | Jul 27, 2020 | 14:17:06 | Case Information Statement | Accepted |
| BL-5 | Jul 27, 2020 | Praecipe | | | |
| | | Date | Time | Type | Status |
| | | Jul 27, 2020 | 15:08:29 | Praecipe | Accepted |
| BL-6 | Jul 27, 2020 | Motion for Appointment of Special Process Server | | | |
| | | Date | Time | Type | Status |
| | | Jul 28, 2020 | 08:35:54 | Motion | Accepted |
| BL-7 | Jul 27, 2020 | Proposed Order | | | |
| | | Date | Time | Type | Status |
| | | Jul 28, 2020 | 08:35:54 | Proposed Order | Accepted |
| BL-8 | Jul 27, 2020 | Praecipe | | | |
| | | Date | Time | Type | Status |
| | | Jul 28, 2020 | 08:35:54 | Praecipe | Accepted |
| BL-9 | Jul 27, 2020 | Summons | | | |
| | | Date | Time | Type | Status |
| | | Jul 28, 2020 | 08:35:55 | Summons | Accepted |
| BL-10 | Jul 30, 2020 | WRIT RETURNED ON 7/30/20. SERVED OATH INC BY SERVING AMY MCLAREN, REPRESENTATIVE ON 7/28/2020. | | | |

Case 1:18-cv-05398-DLI-VMS   Document 68-1   Filed 02/12/21   Page 4 of 13 PageID #: 1948

CARTER PAGE VS OATH INC, Docket No. S20C-07-030 (Del. Super. Ct. Jul 27, 2020), Court Docket

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| | | Date | Time | Type | Status |
| | | Jul 30, 2020 | 14:29:13 | Sheriffs Return | Accepted |
| BL-11 | Aug 4, 2020 | Notice of Withdrawal of Emergency Motion for Appointment of Special Process Server | | | |
| | | Date | Time | Type | Status |
| | | Aug 4, 2020 | 15:21:12 | Notice | Accepted |
| BL-12 | Aug 6, 2020 | MOTION FOR ADMISSION PRO HAC VICE OF K. LAWSON PEDIGO | | | |
| | | Date | Time | Type | Status |
| | | Aug 6, 2020 | 10:32:26 | Motion for Pro Hac Vice | Accepted |
| BL-13 | Aug 6, 2020 | NOTICE OF MOTION TO BE HEARD AT THE COURT'S CONVENIENCE | | | |
| | | Date | Time | Type | Status |
| | | Aug 6, 2020 | 09:39:39 | Motion to Dismiss | Pending |
| | | Aug 6, 2020 | 10:32:26 | Notice | Accepted |
| BL-14 | Aug 6, 2020 | Certification of K. Lawson Pedigo | | | |
| | | Date | Time | Type | Status |
| | | Aug 6, 2020 | 10:32:27 | Certification | Accepted |
| BL-15 | Aug 6, 2020 | Proposed Order | | | |
| | | Date | Time | Type | Status |
| | | Aug 6, 2020 | 09:39:40 | Proposed Order - Pro Hac Vice | Pending |
| | | Aug 6, 2020 | 10:32:27 | Proposed Order | Accepted |
| BL-16 | Aug 7, 2020 | ORDER SIGNED BY JUDGE CRAIG A. KARSNITZ 8-7-2020. IT IS SO ORDERED THAT K. LAWSON PEDIGO, ESQUIRE IS ADMITTED TO PRACTICE PRO HAC VICE FOR PLAINTIFF. | | | |
| | | Date | Time | Type | Status |
| | | Aug 7, 2020 | 13:58:53 | Order - Pro Hac Vice | Accepted |
| BL-17 | Aug 11, 2020 | Motion for Admission Pro Hac Vice of L. Lin Wood | | | |
| | | Date | Time | Type | Status |
| | | Aug 11, 2020 | 14:04:48 | Motion for Pro Hac Vice | Accepted |
| BL-18 | Aug 11, 2020 | Notice of Motion to be Heard at the Court's Convenience | | | |

Case 1:18-cv-05398-DLI-VMS   Document 68-1   Filed 02/12/21   Page 5 of 13 PageID #: 1949
CARTER PAGE VS OATH INC, Docket No. S20C-07-030 (Del. Super. Ct. Jul 27, 2020), Court Docket

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| | | Date | Time | Type | Status |
| | | Aug 11, 2020 | 14:04:48 | Notice | Accepted |
| BL-19 | Aug 11, 2020 | Certification of L. Lin Wood | | | |
| | | Date | Time | Type | Status |
| | | Aug 11, 2020 | 14:04:48 | Certification | Accepted |
| BL-20 | Aug 11, 2020 | Proposed Order | | | |
| | | Date | Time | Type | Status |
| | | Aug 11, 2020 | 13:51:31 | Proposed Order - Pro Hac Vice | Pending |
| | | Aug 11, 2020 | 14:04:49 | Proposed Order | Accepted |
| BL-21 | Aug 11, 2020 | Motion for Admission Pro Hac Vice of John M. Pierce | | | |
| | | Date | Time | Type | Status |
| | | Aug 11, 2020 | 14:04:49 | Motion for Pro Hac Vice | Accepted |
| BL-22 | Aug 11, 2020 | Notice of Motion to be Heard at the Court's Convenience | | | |
| | | Date | Time | Type | Status |
| | | Aug 11, 2020 | 14:04:49 | Notice | Accepted |
| BL-23 | Aug 11, 2020 | Certification of John M. Pierce | | | |
| | | Date | Time | Type | Status |
| | | Aug 11, 2020 | 14:04:49 | Certification | Accepted |
| BL-24 | Aug 11, 2020 | Proposed Order | | | |
| | | Date | Time | Type | Status |
| | | Aug 11, 2020 | 13:51:33 | Proposed Order - Pro Hac Vice | Pending |
| | | Aug 11, 2020 | 14:04:50 | Proposed Order | Accepted |
| BL-25 | Aug 18, 2020 | ORDER SIGNED BY JUDGE CRAIG A. KARSNITZ ON 8-18-2020. IT IS SO ORDERED THAT JOHN M. PIERCE, ESQUIRE IS ADMITTED TO PRACTICE PRO HAC VICE FOR PLAINTIFF. | | | |
| | | Date | Time | Type | Status |
| | | Aug 18, 2020 | 14:16:36 | Order - Pro Hac Vice | Accepted |
| BL-26 | Aug 18, 2020 | ORDER SIGNED BY JUDGE CRAIG A. KARSNITZ ON 8-18-2020. IT IS SO ORDERED THAT L. LIN WOOD, ESQUIRE IS ADMITTED TO PRACTICE PRO HAC VICE FOR PLAINTIFF. | | | |

Bloomberg Law®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service
// PAGE 4

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| | | Date | Time | Type | Status |
| | | Aug 18, 2020 | 14:16:36 | Order - Pro Hac Vice | Accepted |
| BL-27 | Aug 26, 2020 | T. BRAD DAVEY & JONATHAN A. CHOA, ESQ HEREBY ENTERS THEIR APPEARANCE ON BEHALF OF DEFENDANT. | | | |
| | | Date | Time | Type | Status |
| | | Aug 26, 2020 | 09:00:23 | Entry of Appearance | Accepted |
| BL-28 | Sep 1, 2020 | Amended Complaint (SEAN J. BELLEW) | | | |
| | | Date | Time | Type | Status |
| | | Sep 1, 2020 | 15:24:58 | Amended Complaint | Accepted |
| BL-29 | Sep 1, 2020 | Redline of Amended Complaint | | | |
| | | Date | Time | Type | Status |
| | | Sep 1, 2020 | 15:24:58 | Exhibits | Accepted |
| BL-30 | Sep 1, 2020 | Exhibits 1-11 | | | |
| | | Date | Time | Type | Status |
| | | Sep 1, 2020 | 15:24:58 | Exhibits | Accepted |
| BL-31 | Sep 1, 2020 | Certificate of Service | | | |
| | | Date | Time | Type | Status |
| | | Sep 1, 2020 | 15:24:58 | Certificate of Service | Accepted |
| BL-32 | Sep 4, 2020 | Stipulation and Order extending time to respond to Amended Complaint and setting Motion to Dismiss Briefing | | | |
| | | Date | Time | Type | Status |
| | | Sep 4, 2020 | 10:24:55 | Stipulation & Order | Accepted |
| BL-33 | Sep 8, 2020 | ORDER SIGNED BY JUDGE CRAIG A. KARSNITZ ON 9-8-2020. IT IS HEREBY ORDERED THAT THE TIME FOR DEFENDANT OATH INC. TO RESPOND TO THE FIRST AMENDED COMPLAINT IS HEREBY EXTENDED TO SEPTEMBER 21, 2020 | | | |
| | | Date | Time | Type | Status |
| | | Sep 8, 2020 | 17:23:34 | Order | Accepted |
| BL-34 | Sep 14, 2020 | LETTER FROM JONATHAN A. CHOA TO THE COURT RE: REQUESTING ASSIGNMENT TO THE COMPLEX COMMERCIAL LITIGATION DIVISION | | | |

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| | | Date | Time | Type | Status |
| | | Sep 15, 2020 | 07:36:40 | Letter | Accepted |
| BL-35 | Sep 18, 2020 | Motion to Dismiss (JONATHAN A. CHOA) | | | |
| | | Date | Time | Type | Status |
| | | Sep 18, 2020 | 17:25:33 | Motion to Dismiss | Accepted |
| BL-36 | Sep 18, 2020 | MOTION WILL BE PRESENTED TO THE COURT ON DECEMBER 18, 2020 AT 11:00 A.M. | | | |
| | | Date | Time | Type | Status |
| | | Sep 18, 2020 | 17:25:34 | Notice of Hearing | Accepted |
| BL-37 | Sep 18, 2020 | Case Information Sheet | | | |
| | | Date | Time | Type | Status |
| | | Sep 18, 2020 | 17:25:34 | Case Information Statement | Accepted |
| BL-38 | Sep 25, 2020 | MOTION FOR ADMISSION PRO HAC VICE OF JONATHAN D. REICHMAN, ESQ | | | |
| | | Date | Time | Type | Status |
| | | Sep 25, 2020 | 16:21:21 | Motion for Pro Hac Vice | Accepted |
| BL-39 | Sep 25, 2020 | NOTICE OF MOTION TO BE HEARD AT THE COURT'S CONVENIENCE | | | |
| | | Date | Time | Type | Status |
| | | Sep 25, 2020 | 16:21:21 | Notice | Accepted |
| BL-40 | Sep 25, 2020 | CERTIFICATION OF JONATHAN D. REICHMAN, ESQ | | | |
| | | Date | Time | Type | Status |
| | | Sep 25, 2020 | 16:21:21 | Certification | Accepted |
| BL-41 | Sep 25, 2020 | PROPOSED ORDER | | | |
| | | Date | Time | Type | Status |
| | | Sep 25, 2020 | 16:15:33 | Proposed Order - Pro Hac Vice | Pending |
| | | Sep 25, 2020 | 16:21:21 | Proposed Order | Accepted |
| BL-42 | Sep 25, 2020 | MOTION FOR ADMISSION PRO HAC VICE OF DAVID PARKER, ESQ | | | |
| | | Date | Time | Type | Status |
| | | Sep 28, 2020 | 08:55:37 | Motion for Pro Hac Vice | Accepted |

Case 1:18-cv-05398-DLI-VMS   Document 68-1   Filed 02/12/21   Page 8 of 13 PageID #: 1952

CARTER PAGE VS OATH INC, Docket No. S20C-07-030 (Del. Super. Ct. Jul 27, 2020), Court Docket

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| BL-43 | Sep 25, 2020 | NOTICE OF MOTION TO BE HEARD AT THE COURT'S CONVENIENCE | | | |
| | | **Date** | **Time** | **Type** | **Status** |
| | | Sep 28, 2020 | 08:55:37 | Notice | Accepted |
| BL-44 | Sep 25, 2020 | CERTIFICATION OF DAVID PARKER | | | |
| | | **Date** | **Time** | **Type** | **Status** |
| | | Sep 28, 2020 | 08:55:37 | Certification | Accepted |
| BL-45 | Sep 25, 2020 | PROPOSED ORDER | | | |
| | | **Date** | **Time** | **Type** | **Status** |
| | | Sep 25, 2020 | 16:25:22 | Proposed Order - Pro Hac Vice | Pending |
| | | Sep 28, 2020 | 08:55:38 | Proposed Order | Accepted |
| BL-46 | Sep 25, 2020 | MOTION FOR ADMISSION PRO HAC VICE OF ELBERT LIN, ESQ | | | |
| | | **Date** | **Time** | **Type** | **Status** |
| | | Sep 28, 2020 | 08:59:04 | Motion for Pro Hac Vice | Accepted |
| BL-47 | Sep 25, 2020 | NOTICE OF MOTION TO BE HEARD AT THE COURT'S CONVENIENCE | | | |
| | | **Date** | **Time** | **Type** | **Status** |
| | | Sep 28, 2020 | 08:59:04 | Notice | Accepted |
| BL-48 | Sep 25, 2020 | Certification of Elbert Lin | | | |
| | | **Date** | **Time** | **Type** | **Status** |
| | | Sep 28, 2020 | 08:59:04 | Certification | Accepted |
| BL-49 | Sep 25, 2020 | PROPOSED ORDER | | | |
| | | **Date** | **Time** | **Type** | **Status** |
| | | Sep 25, 2020 | 16:34:08 | Proposed Order - Pro Hac Vice | Pending |
| | | Sep 28, 2020 | 08:59:05 | Proposed Order | Accepted |
| BL-50 | Sep 30, 2020 | MOTION FOR ADMISSION PRO HAC VICE OF JENNIFER L. BLOOM, ESQ | | | |
| | | **Date** | **Time** | **Type** | **Status** |
| | | Sep 30, 2020 | 15:04:37 | Motion for Pro Hac Vice | Accepted |
| BL-51 | Sep 30, 2020 | NOTICE OF MOTION TO BE HEARD AT THE COURT'S CONVENIENCE | | | |

Case 1:18-cv-05398-DLI-VMS   Document 68-1   Filed 02/12/21   Page 9 of 13 PageID #: 1953

CARTER PAGE VS OATH INC, Docket No. S20C-07-030 (Del. Super. Ct. Jul 27, 2020), Court Docket

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| | | Date | Time | Type | Status |
| | | Sep 30, 2020 | 15:04:37 | Notice | Accepted |
| BL-52 | Sep 30, 2020 | Certification of Jennifer L. Bloom | | | |
| | | Date | Time | Type | Status |
| | | Sep 30, 2020 | 15:04:37 | Certification | Accepted |
| BL-53 | Sep 30, 2020 | Proposed Order | | | |
| | | Date | Time | Type | Status |
| | | Sep 30, 2020 | 14:23:10 | Proposed Order - Pro Hac Vice | Pending |
| | | Sep 30, 2020 | 15:04:38 | Proposed Order | Accepted |
| BL-54 | Sep 30, 2020 | LETTER FROM JAN R. JURDEN, PRESIDENT JUDGE TO JONATHAN A. CHOA FILED 9-30-20. THE COURT DECLINES TO TRANSFER THIS CASE TO THE CCLD. THIS CASE SOUNDS IN TORT, NOT IN COMPLEX COMMERCIAL LITIGATION. IT IS SO ORDERED. | | | |
| | | Date | Time | Type | Status |
| | | Sep 30, 2020 | 16:18:34 | Letter | Accepted |
| BL-55 | Oct 6, 2020 | ORDER SIGNED BY JUDGE CRAIG A. KARSNITZ ON 10-6-2020. IT IS SO ORDERED THAT DAVID PARKER, ESQUIRE IS ADMITTED TO PRACTICE PRO HAC VICE FOR DEFENDANT. | | | |
| | | Date | Time | Type | Status |
| | | Oct 6, 2020 | 13:16:00 | Order - Pro Hac Vice | Accepted |
| BL-56 | Oct 6, 2020 | ORDER SIGNED BY JUDGE CRAIG A. KARSNITZ ON 10-6-2020. IT IS SO ORDERED THAT ELBERT LIN, ESQUIRE IS ADMITTED TO PRACTICE PRO HAC VICE FOR DEFENDANT. | | | |
| | | Date | Time | Type | Status |
| | | Oct 6, 2020 | 13:16:00 | Order | Accepted |
| BL-57 | Oct 6, 2020 | ORDER SIGNED BY JUDGE CRAIG A. KARSNITZ ON 10-6-2020. IT IS SO ORDERED THAT JENNIFER L. BLOOM, ESQUIRE IS ADMITTED TO PRACTICE PRO HAC VICE FOR DEFENDANT. | | | |
| | | Date | Time | Type | Status |
| | | Oct 6, 2020 | 13:16:00 | Order | Accepted |
| BL-58 | Oct 6, 2020 | ORDER SIGNED BY JUDGE CRAIG A. KARSNITZ ON 10-6-2020. IT IS SO ORDERED THAT JONATHAN D. REICHMAN, ESQUIRE IS ADMITTED TO PRACTICE PRO HAC VICE FOR DEFENDANT. | | | |

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| | | Date | Time | Type | Status |
| | | Oct 6, 2020 | 13:16:01 | Order | Accepted |
| BL-59 | Oct 21, 2020 | Defendant s Opening Brief in Support of its Motion to Dismiss (JONATHAN A. CHOA) | | | |
| | | Date | Time | Type | Status |
| | | Oct 21, 2020 | 16:12:28 | Opening Brief | Accepted |
| BL-60 | Oct 21, 2020 | Certificate of Compliance with Typeface Requirement and Type-Volume Limitation | | | |
| | | Date | Time | Type | Status |
| | | Oct 21, 2020 | 16:12:28 | Certificate of Compliance | Accepted |
| BL-61 | Nov 9, 2020 | Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss Amended Complaint (SEAN J. BELLEW) | | | |
| | | Date | Time | Type | Status |
| | | Nov 10, 2020 | 08:08:15 | Answering Brief | Accepted |
| BL-62 | Nov 9, 2020 | Certificate of Compliance | | | |
| | | Date | Time | Type | Status |
| | | Nov 9, 2020 | 16:19:57 | Brief Schedule | Pending |
| | | Nov 10, 2020 | 08:08:15 | Certificate of Compliance | Accepted |
| BL-63 | Nov 24, 2020 | Reply Brief in Support of Defendant's Motion to Dismiss (JONATHAN A. CHOA) | | | |
| | | Date | Time | Type | Status |
| | | Nov 24, 2020 | 17:01:48 | Reply Brief | Accepted |
| BL-64 | Nov 24, 2020 | Certificate of Compliance | | | |
| | | Date | Time | Type | Status |
| | | Nov 24, 2020 | 17:01:48 | Certificate of Compliance | Accepted |
| BL-65 | Nov 24, 2020 | Exhibit | | | |
| | | Date | Time | Type | Status |
| | | Nov 24, 2020 | 17:01:48 | Exhibits | Accepted |
| BL-66 | Dec 16, 2020 | LETTER FROM LISA M. LOVENGUTH TO COUNSEL RE: ORAL ARGUMENT FOR JANUARY 13, 2021 AT 9:30 A.M. | | | |

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| | | Date | Time | Type | Status |
| | | Dec 16, 2020 | 16:20:35 | Letter | Accepted |
| BL-67 | Dec 18, 2020 | RULE TO SHOW CAUSE ISSSUE BY JUDGE CRAIG A. KARSNITZ ON 12-18-2020. THIS RULE TO SHOW CAUSE WHY THE PERMISSION TO PRACTICE IN THIS CASE ISSUED TO L. LIN WOOD, JR, ESQ SHOULD NOT BE REVOKED. MR. WOOD AND LOCAL COUNSEL SHALL HAVE UNTIL JANUARY 6, 2021 TO RESPOND TO THIS RULE TO SHOW CAUSE. IF DEFENDANT HAS A POSITION ON THE RULE, DEFENDANT SHALL FILE IT IN WRITING BY THE SAME DATE. | | | |
| | | Date | Time | Type | Status |
| | | Dec 18, 2020 | 15:32:51 | Rule to Show Cause | Accepted |
| BL-68 | Jan 4, 2021 | JUDICIAL ACTION FORM | | | |
| | | Date | Time | Type | Status |
| | | Jan 4, 2021 | 12:06:58 | Judicial Action Form | Accepted |
| BL-69 | Jan 6, 2021 | Response to Rule to Show Cause (SEAN J. BELLEW) | | | |
| | | Date | Time | Type | Status |
| | | Jan 7, 2021 | 09:08:12 | Response | Accepted |
| BL-70 | Jan 6, 2021 | Exhibit 1 | | | |
| | | Date | Time | Type | Status |
| | | Jan 7, 2021 | 09:08:12 | Exhibits | Accepted |
| BL-71 | Jan 6, 2021 | Exhibit 2 | | | |
| | | Date | Time | Type | Status |
| | | Jan 7, 2021 | 09:08:12 | Exhibits | Accepted |
| BL-72 | Jan 6, 2021 | Exhibit 3 | | | |
| | | Date | Time | Type | Status |
| | | Jan 7, 2021 | 09:08:12 | Exhibits | Accepted |
| BL-73 | Jan 6, 2021 | Exhibit 4 | | | |
| | | Date | Time | Type | Status |
| | | Jan 7, 2021 | 09:08:12 | Exhibits | Accepted |
| BL-74 | Jan 6, 2021 | Exhibit 5 | | | |

**Case 1:18-cv-05398-DLI-VMS Document 68-1 Filed 02/12/21 Page 12 of 13 PageID #: 1956**

CARTER PAGE VS OATH INC, Docket No. S20C-07-030 (Del. Super. Ct. Jul 27, 2020), Court Docket

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| | | Date | Time | Type | Status |
| | | Jan 7, 2021 | 09:08:12 | Exhibits | Accepted |
| BL-75 | Jan 11, 2021 | MEMORANDUM OPINION AND ORDER FROM JUDGE CRAIG A. KARSNITZ FILED 1-11-2021. SUBMITTED JANUARY 6, 2021: DECIDED JANUARY 11, 2021: OPINION FOLLOWING THE ISSUANCE OF A RULE TO SHOW CAUSE | | | |
| | | Date | Time | Type | Status |
| | | Jan 11, 2021 | 13:30:12 | Memorandum Opinion | Accepted |
| BL-76 | Jan 22, 2021 | Notice of Withdrawal of Appearance of John M. Pierce of Pierce Bainbridge P.C. as counsel for Plaintiff Carter Page | | | |
| | | Date | Time | Type | Status |
| | | Jan 22, 2021 | 09:28:47 | Notice | Accepted |
| BL-77 | Jan 22, 2021 | Certificate of Service | | | |
| | | Date | Time | Type | Status |
| | | Jan 22, 2021 | 09:28:47 | Certificate of Service | Accepted |
| BL-78 | Jan 24, 2021 | Motion for Admission Pro Hac Vice of Todd V. McMurtry , Esquire | | | |
| | | Date | Time | Type | Status |
| | | Jan 25, 2021 | 08:05:14 | Motion for Pro Hac Vice | Accepted |
| BL-79 | Jan 24, 2021 | NOTICE OF MOTION TO BE HEARD AT THE COURT'S CONVENIENCE | | | |
| | | Date | Time | Type | Status |
| | | Jan 25, 2021 | 08:05:14 | Notice | Accepted |
| BL-80 | Jan 24, 2021 | Certification of Todd V. McMurtry, Esquire | | | |
| | | Date | Time | Type | Status |
| | | Jan 25, 2021 | 08:05:14 | Certification | Accepted |
| BL-81 | Jan 24, 2021 | Proposed Order | | | |
| | | Date | Time | Type | Status |
| | | Jan 24, 2021 | 19:56:25 | Proposed Order - Pro Hac Vice | Pending |
| | | Jan 25, 2021 | 08:05:14 | Proposed Order | Accepted |
| BL-82 | Jan 24, 2021 | Certificate of Service | | | |

| Entry # | Filing Date | Description | | | |
|---|---|---|---|---|---|
| | **Date** | **Time** | **Type** | **Status** | |
| | Jan 25, 2021 | 08:05:14 | Certificate of Service | Accepted | |
| BL-83 | Jan 25, 2021 | ORDER SIGNED BY JUDGE CRAIG A. KARSNITZ ON 1-25-2021. IT IS SO ORDERED THAT TODD V. MCMURTRY, ESQUIRE IS ADMITTED TO PRACTICE PRO HAC VICE. | | | |
| | **Date** | **Time** | **Type** | **Status** | |
| | Jan 25, 2021 | 14:57:04 | Order - Pro Hac Vice | Accepted | |
| BL-84 | Jan 25, 2021 | LETTER FROM LISA LOVENGUTH TO COUNSEL RE: ORAL ARGUMENT SCHEDULED FOR JANUARY 27, 2021 AT 10:00 A.M. BY ZOOM. | | | |
| | **Date** | **Time** | **Type** | **Status** | |
| | Jan 25, 2021 | 15:48:03 | Letter | Accepted | |
| BL-85 | Jan 27, 2021 | JUDICIAL ACTION FORM FROM ORAL ARGUMENT HEARD ON 1-27-2021. | | | |
| | **Date** | **Time** | **Type** | **Status** | |
| | Jan 27, 2021 | 12:13:26 | Judicial Action Form | Accepted | |
| BL-86 | Feb 11, 2021 | MEMORANDUM OPINION AND ORDER FROM JUDGE CRAIG A. KARSNITZ FILED 2-11-2021. SUBMITTED: JANUARY 27, 2021; DECIDED: FEBRUARY 11,2021. IT IS SO ORDERED THAT I GRANT DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. THIS CASE IS DISMISSED. | | | |
| | **Date** | **Time** | **Type** | **Status** | |
| | Feb 11, 2021 | 14:41:41 | Memorandum Opinion | Accepted | |

This does not constitute the official record of the court. The information is provided "as is" and may be subject to errors or omissions.