# EXHIBIT D

A DAN ABRAMS PRODUCTION

WATCH LIVE

LISTEN LIVE

.ive        Where    TV            Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
            to       Schedule      Daily

**Watch Our Live Network Now**

**Fox's Andrew McCarthy Argues This Is the 'Most Indefensible Thing' About Trump's Conduct on Jan. 6**

**Enraged Texas Mom Perfectly Tackles a Man She Says Was Looking Through 15-Year-Old Daughter's Bedroom Window**

**California Parents Accused of Beating 5-Week-Old Baby Boy to Death. The Coroner Found Horrific Injuries.**

**Bill Barr Intervened to Stop Derek Chauvin from Getting a Third-Degree Murder Plea Bargain**

**A 95-Year-Old Man Is Charged with Murder After Shooting an Assisted Living Facility Worker in the Head: Police**

# Lin Wood Says Georgia State Bar Told Him His Law License Is in Danger Unless He Takes Mental Health Exam

**JERRY LAMBE** | Jan 29th, 2021, 11:33 am | 66

Tweet        Share     reddit



Advertisement

As one of the most prominent faces in **Donald Trump's** failed efforts to overturn the results of the 2020 presidential election through the series of lawsuits collectively known as the "Kraken," attorney **Lin Wood** has been under the microscope for weeks, if not months, for troubling statements he's made on social media. Now, the





"The State Bar of Georgia told me today that they would demand a mental health exam from me if I wanted to keep my law license. My mind is sound. I have broken no rules. I asked what I had done wrong, I was only told it was about my social media comments. My speech," the message said.

Wood had previously claimed that an attorney from the Georgia Bar had contacted his attorney to inquire if he would "submit to an independent health exam."

"Are you kidding me?" he wrote. "If the State Bar of Georgia starts testing its members for mental health and alcoholism (I have not had a drink in over 8 years), 75% of the lawyers in Georgia will not be able to practice law. I will be one of the 25% still practicing."

Advertisement



WATCH LIVE

LISTEN LIVE

A DAN ABRAMS PRODUCTION

.ive    Where    TV        Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
        to       Schedule  Daily                 Productions



Learn More

Lock
Your M

**Jan Wolfe** @JanNWolfe · Jan 28, 2021  

Lin Wood indicated he may lose his law license. The state bar
of Georgia is ordering him to undergo a mental health
evaluation, he says. I've sent the state bar requests for
comment but gotten no response.

**Jan Wolfe**
@JanNWolfe

A DAN ABRAMS PRODUCTION

| WATCH LIVE | LISTEN LIVE |

.ive    Where    TV         Law&Crime    Shows    Law&Crime      Hosts    Podcasts    Subscribe
        to       Schedule   Daily                 Productions



6:06 PM · Jan 28, 2021                                                ⓘ

♡ 131        💬 27        🔗 Copy link to Tweet

Wolfe said in follow-up tweet on Friday that the Georgia Bar
confirmed that Wood has been asked to undergo a mental health
evaluation.



**Jan Wolfe**                                                          🐦
@JanNWolfe

My latest: The State Bar of Georgia confirms it has
asked Lin Wood to undergo a mental health evaluation.
Such a request is rare but allowed under their rules. It's

                                                                      ⊗

WATCH LIVE

LISTEN LIVE

A DAN ABRAMS PRODUCTION

.ive    Where    TV          Law&Crime    Shows    Law&Crime     Hosts    Podcasts    Subscribe
        to       Schedule    Daily                 Productions



Pro-Trump lawyer Lin Wood puts license in jeopardy by refusing …
L. Lin Wood, a lawyer who played a role in former President Donald
Trump's attempts to overturn his election defeat, put his law licen…
🔗 reuters.com

8:46 AM · Jan 29, 2021                                        ⓘ

♡ 151      💬 105      🔗 Copy link to Tweet

Law&Crime reached out to the State Bar of Georgia as well and
received the same confirmation. The Bar said that the investigative
process is normally confidential, but since Wood spoke about it
publicly the Bar confirmed Wood is under investigation "pursuant to
Bar Rule 4-104."

Advertisement



EARN YOUR DEGREE ONLINE
Flexible Classes Designed to Fit
Your Schedule

THE UNIVERSITY
GLOBAL

That rule states as follows:

ⓧ

A DAN ABRAMS PRODUCTION

WATCH LIVE      LISTEN LIVE

.ive    Where    TV        Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
        to       : Schedule Daily                 Productions

(b) Upon a determination by the State Disciplinary Board that a lawyer may be impaired or incapacitated to practice law as a result of one of the conditions described in paragraph (a) above, the Board may, in its sole discretion, make a confidential referral of the matter to an appropriate medical or mental health professional for the purposes of evaluation and possible referral to treatment and/or peer support groups. The Board may, in its discretion, defer disciplinary findings and proceedings based upon the impairment or incapacity of a lawyer to afford the lawyer an opportunity to be evaluated and, if necessary, to begin recovery. In such situations the medical or mental health professional shall report to the State Disciplinary Board and the Office of the General Counsel concerning the lawyer's progress toward recovery. A lawyer's refusal to cooperate with the medical or mental health professional or to participate in the evaluation or recommended treatment may be grounds for further proceedings under these Rules, including emergency suspension proceedings pursuant to Rule 4-108.

Advertisement



WATCH LIVE          LISTEN LIVE

.ive      Where      TV          Law&Crime      Shows      Law&Crime      Hosts      Podcasts      Subscribe
          to         Schedule

Renewing your passport
has never been easier.
Get 10% off now!

*Rush*MyPassport.c

Apply Now ››

In addition to promulgating falsehoods about the 2020 election
being stolen from former President Trump, Wood has made
numerous other baseless claims about leading political and legal
figures, such as Chief Justice **John Roberts**. In December of last year,
Wood claimed without evidence that the chief justice had nefarious
links to now-deceased infamous pedophile **Jeffrey Epstein**.

"My information from reliable source is that Roberts arranged an
illegal adoption of two young children from Wales through Jeffrey
Epstein," Wood wrote on Twitter before his account was permanently
suspended. "I think we can all agree that Epstein knows pedophilia.
If only Jeffrey Epstein was still alive . . .Wouldn't that be something?"

Te tweet led to immediate backlash,  but Wood pushed the theory in
a follow-up tweet.

"I am fully aware of the onslaught of attacks being made against me
based on my revelations about Chief Justice John Roberts. Before
attacking me, maybe fair-minded people would first ask Roberts to
tell the truth," he wrote, adding, "Or ask Jeffrey Epstein. He is alive."

WATCH LIVE          LISTEN LIVE

A DAN ABRAMS PRODUCTION

.ive    Where    TV    Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe

rants, and—in one instance—asserting that he may be "Christ coming back for a second time in the form of an imperfect man." The lattermost was not among the recordings Law&Crime obtained, but several other recordings filed in Fulton County court were.

Advertisement

"Your law partner Lin Wood is not just good," Wood can be heard referring to himself in the third person in one of the tapes. "Your law partner Lin Wood has courage and he has an inherent ability to know truth. Your partner Lin Wood is great. You should feel like shit, but I still love you. And I'm still your law partner."

Law&Crime asked Wood on Friday if he plans to comply with the mental health evaluation, considering that the applicable rule states a "lawyer's refusal to […] participate in the evaluation or recommended treatment may be grounds for […] emergency



WATCH LIVE          LISTEN LIVE

A DAN ABRAMS PRODUCTION

.ive    Where    TV         Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
        to       Schedule   Daily                 Productions

same situation."

Wood directed us to the other comments he made on Telegram @LinWoodSpeaksTruth.

*Editor's note: comment from Lin Wood was added post-publication.*

*Matt Naham contributed to this report.*

[image via Apu Gomes/Getty Images]

*Have a tip we should know?* *tips@lawandcrime.com*

---

**Filed Under:**    Donald Trump    Georgia    lin wood    mental health    State Bar of Georgia

**Follow Law&Crime:**       

**SPONSORED CONTENT**                                      by 



**How To Lose 40.5 Lbs In A Month (Drink This Once Every Day)**

Keto



**Ivanka Trump Takes Off Makeup, Leaves Us With No Words**

Mommything



**Over-The-Counter Adderall Alternative, And It's Stronger!**

Mind Tech




A DAN ABRAMS PRODUCTION

WATCH LIVE    LISTEN LIVE

Live   Where to   TV Schedule   Law&Crime Daily   Shows   Law&Crime Productions   Hosts   Podcasts   Subscribe



### Famous Conjoined Twins Now Separated, Try Not To Gasp

Woahworld



### Legal Steroid Turning Men Into Beasts With No Exercise!

Pacific Horizon



### Drink this before bed, watch your body fat melt like crazy

DevaTrim










A DAN ABRAMS PRODUCTION

WATCH LIVE        LISTEN LIVE

Live   Where   TV        Law&Crime   Shows   Law&Crime   Hosts   Podcasts   Subscribe
       to      Schedule  Daily               Productions





### These 2 Vegetables Will Kill Your Belly Fat Overnight!

DevaTrim

### 1/2 Cup Of This (Before Bed) Eats Your Belly Fat Like Crazy!

Okinawa Flat Belly Tonic







### Legal Steroid Turning Men Into Beasts Even With No Exercise

DominXT

### California Launches New Policy For Cars Used Less Than 50 Miles/Day

### Are You Getting Enough Fiber?

AARP

Previous Post          Next Post

## Jerry Lambe - Journalist

Jerry Lambe is a journalist at Law&Crime. He is a
graduate of Georgetown University and New York Law



**66 Comments**      **Law&Crime**      🔒 **Disqus' Privacy Policy**              1 **Login** ▾

♡ **Recommend**  1        🐦 **Tweet**    f **Share**                          Sort by Newest ▾

┌─────────────────────────────────────────────────────────────────────────┐
│  👤      Join the discussion…                                             │
│                                                                           │
│         LOG IN WITH          OR SIGN UP WITH DISQUS ?                      │
│                            ┌──────────────────────────────────────────┐   │
│                            │ Name                                     │   │
│                            └──────────────────────────────────────────┘   │
└─────────────────────────────────────────────────────────────────────────┘

**b4integrity** • 12 days ago

> Now, the embattled lawyer, no longer on Twitter, has claimed that the Georgia State Bar told him he must undergo a mental health exam if wants to keep his law license.

This country is really f*k'd up.

A lawyer can be subjected to take a mental health exam; but a President, Vice President, Senator, or Representative cannot be subjected to take a mental health exam in order to retain their office.

2 ^  |  ∨   • Reply • Share ›

   **Patriarch** ➜ b4integrity • 7 days ago
   Let's begin with mind altering neurotic Nancy Pelosl, pathological liar AOC and psychopath bellowed Maxine Waters. Not to mention 25th amendment approved 4th stage dementia patient traitor joe.
   ^  |  ∨  • Reply • Share ›

**Full of Vim and Vivor** • 12 days ago
He is crazier than a rat in a mason jar.
1 ^  |  ∨  • Reply • Share ›

   **Patriarch** ➜ Full of Vim and Vivor • 7 days ago
   Yiu must know about rats in mason jars .
   You should be so crazy.

                                                                      ✕

WATCH LIVE

LISTEN LIVE

.ive    Where     TV           Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe

A DAN ABRAMS PRODUCTION

4 ∧ | ∨ 1 • Reply • Share ›

**Patriarch** → Martha Smith • 7 days ago

He is candid, something unheard of in this era of hate.

∧ | ∨ • Reply • Share ›

**ItsAlwaysSomething** • 13 days ago

I think the bar is completely within it's rights to ask him for a mental health exam. This guy was claiming to be the reincarnation of Jesus. A sane person would have done it and kept his mouth social media mouth shut about it. Now if he keeps his license, everyone will know he caved. And if he loses his license, he loses his ability to lord the legal process over anyone. Lawyers jobs are to think things through. His social media is what brought him under investigation, and he went right back to it. I'll be very interested to hear this outcome. Knowing him he'll probably post everything.

3 ∧ | ∨ • Reply • Share ›

**Patriarch** → ItsAlwaysSomething • 7 days ago

Then all the lawyer alcoholics in Georgia and drug addicts. should stand in line. Let me count them.

∧ | ∨ • Reply • Share ›

**ItsAlwaysSomething** → Patriarch • 7 days ago

What? Please clarify Mr. Woods.

∧ | ∨ • Reply • Share ›

**KC Bowman** • 13 days ago

What part of if you joined the bar, you have to play by the rules to stay on it doesn't he get? That rule is among the many (he breaks!) he signed up for. Also, a bar association is NOT the federal government, which is the actor implicit in free speech violations.

2 ∧ | ∨ • Reply • Share ›

**Dennis Lurvey** • 13 days ago

Most people can't define "mental illness", but it's rational thinking for the most part. Not wanting to hurt others matters. But the diagnosis can be done by what we see and hear of a public figure, not by interviewing them (because people LIE!) He probably has a mental illness/disorder (like



WATCH LIVE      LISTEN LIVE

A DAN ABRAMS PRODUCTION

.ive    Where    TV        Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
                                                               Productions

**HoratioCaine** • 13 days ago

this is a twofer! they can get rid of him if it turns out he's a lunatic and they can also get rid of him if he's not a lunatic because they'll then know he was willfully bald faced lying about everything and thus committing a fraud upon the court.

6  ∧  ∨ • Reply • Share ›

> **Patriarch** ➜ HoratioCaine • 7 days ago
>
> Huh? You write like you are really off the wall.
>
> 1  ∧  ∨ • Reply • Share ›

> **Patriarch** ➜ HoratioCaine • 13 days ago
>
> U R the lunatic. Take your bi polar meds
>
> 1  ∧  ∨  8 • Reply • Share ›

>> **HoratioCaine** ➜ Patriarch • 8 days ago
>>
>> my comment is spot on.
>>
>> ∧  ∨  1 • Reply • Share ›

>>> **Patriarch** ➜ HoratioCaine • 7 days ago
>>>
>>> A real Horacio Algiers in the hew dystopia USA.
>>>
>>> ∧  ∨ • Reply • Share ›

>> **denice** ➜ Patriarch • 13 days ago
>>
>> I WOULD SAY YOU ARE THE BIPOLAR ONE IF YOU CANT UNDERSTAND WHAT HE POSTED..I WILL BE GLAD WHEN WE CAN GET BACK TO A PLACE WHERE WE CAN DISAGREE WITHOUT ALL THE NAME CALLING..BUT THEN AGAIN YOU DIDNT DISAGREE YOU JUST PIPED IN TO INSULT HIM..I GUESS YOU DIDNT GET THE MEMO..THE BULLY IS NO LONGER IN THE BULLPIT
>>
>> 1  ∧  ∨ • Reply • Share ›

>>> **Patriarch** ➜ denice • 7 days ago • edited
>>>
>>> Ms Whiner, I presume? Glad I'm not married to you. Ugh.
>>>
>>> ∧  ∨ • Reply • Share ›

> **HoratioCaine** ➜ Patriarch • 13 days ago

⊗



A DAN ABRAMS PRODUCTION

WATCH LIVE     LISTEN LIVE

.ive    Where    TV     Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
to      Schedule     Daily       Productions

⌃ | ⌄ • Reply • Share ›

**Full of Vim and Vivor** ➔ HoratioCaine • 12 days ago • edited

I work with students with autism, in my 8th year now, and as we say, you put the ass in aspergers.

2 ⌃ | ⌄ • Reply • Share ›

**HoratioCaine** ➔ Full of Vim and Vivor • 8 days ago

nobody uses the term aspergers anymore. he was a nazi. so i consider your comment a bald faced lie.

⌃ | ⌄ • Reply • Share ›

**Patriarch** ➔ HoratioCaine • 7 days ago

The truth is an affirmative defense. Too bad. I feel bad for you.

⌃ | ⌄ • Reply • Share ›

**Full of Vim and Vivor** ➔ HoratioCaine • 8 days ago

It's now called high functioning autism, but many people who don't work in the field still use the old term.

⌃ | ⌄ • Reply • Share ›

**KC Bowman** ➔ Patriarch • 13 days ago

That's not bipolar, and stop smearing real people who are disabled.

2 ⌃ | ⌄ • Reply • Share ›

**Energy Fusion** • 13 days ago

Every single one of the Q NUTS needs a mental health exam. Every single one. Wondering if they know President Biden opened up ACA for those needing healthcare...I think it still includes mental health

5 ⌃ | ⌄ • Reply • Share ›

**Casper the Friendly Ghost** • 13 days ago

He reminds me of my crazy grandma. After my grandpa Carl died of a heart attack she came to stay with us for awhile. She told us "Carl told our doctor that I drove him to drink! Can you believe that???" We all did, but we bit our tongues. Lin wood is nuttier than a fruitcake.



.ive　　Where　　TV　　　Law&Crime　　Shows　　Law&Crime　　Hosts　　Podcasts　　Subscribe

doesn't get a mental check up. And I'd say that YOU are the harrasser. Flagged and tagged. Buh bye, Boris.

1 ∧ ｜ ∨ • Reply • Share ›

**Full of Vim and Vivor** → Patriarch • 12 days ago

Lin Wood is crazier than a sh!thouse rat. And so are you.

1 ∧ ｜ ∨ • Reply • Share ›

　　　**Patriarch** → Full of Vim and Vivor • 12 days ago

　　　Sewermouth

　　　∧ ｜ ∨ 2 • Reply • Share ›

**denice** → Patriarch • 13 days ago

THAT EXPLAINS HIM BUT EXPLAIN HOW COME TRUMP IS NO LONGER PRESIDENT LIKE HIM AND EVERYONE ELSE PREDICTED?🤪🤪 DO YOU BELIEVE TRUMP WILL BE PRESIDENT ON JANUARY 31ST OR MARCH 4TH? 🤪🤪 IF NO THEN HES CRAZY IF YES THEN YOU BOTH ARE CRAZY🤪🤪

2 ∧ ｜ ∨ • Reply • Share ›

　　　**Casper the Friendly Ghost** → denice • 12 days ago

　　　I doubt that he can hear you.

　　　1 ∧ ｜ ∨ • Reply • Share ›

　　　**Patriarch** → denice • 12 days ago

　　　You need to get a medical degree in psychiatry. You are clueless. Try spell check for starters.

　　　1 ∧ ｜ ∨ 1 • Reply • Share ›

**KC Bowman** → Patriarch • 13 days ago

Project much?

3 ∧ ｜ ∨ • Reply • Share ›

　　　**Patriarch** → KC Bowman • 7 days ago

　　　Nah

WATCH LIVE      LISTEN LIVE

A DAN ABRAMS PRODUCTION

.ive    Where    TV        Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
        to       Schedule  Daily                 Productions

**Full of Vim and Vivor** → Patriarch • 12 days ago

Your imaginary Constitution is nothing like the real Constitution.

2 ∧ | ∨ • Reply • Share ›

**Patriarch** → Full of Vim and Vivor • 12 days ago

You're of limited processing, unworthy of respect.

∧ | ∨ 1 • Reply • Share ›

**Ralph Welcomes PRESIDENT Joe** • 13 days ago

When you start baselessly accusing the Chief Justice of the United States of an extremely
deplorable act, then yes, your State Bar will take notice.

When your own law firm kicks you out because they think you're crazy, then yes, you might be
mentally unstable.

When you file multiple law suits that have totally fabricated evidence, then yes, you have raised
red flags.

Lin, it is time for a vacation.

9 ∧ | ∨ • Reply • Share ›

**Patriarch** → Ralph Welcomes PRESIDENT Joe • 13 days ago

A lawyer doesn't make baseless accusations.
Everything is suddenly "baseless".
He obviously knows more than you.
His business relationships are unknown to you.
But you only insult.
You are simply an omniscient archie bunker.

1 ∧ | ∨ 4 • Reply • Share ›

**Full of Vim and Vivor** → Patriarch • 12 days ago

So, when Wood said he was Jesus reincarnated, you believe him?

1 ∧ | ∨ • Reply • Share ›

**Patriarch** → Full of Vim and Vivor • 12 days ago

He said he's a messenger. We all are. Got some spirituality. He's living rent



WATCH LIVE          LISTEN LIVE

A DAN ABRAMS PRODUCTION

.ive    Where    TV       Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
        to       Schedule

~~riting. And I might actually be Christ coming back for a second time in the~~
form of an imperfect man, elevating Christ consciousness."

1 ∧  |  ∨  • Reply • Share ›

**denice** ➔ Patriarch • 13 days ago

THEN ALL HE HAS TO DO IS SHOW PROOF 🔒 FYI: ALL LAWYERS LIE &
MAKE BASELESS CLAIMS WHEN DEFENDING THEIR CLIENTS YOU KNOW
LIKE "EVEN THO THERE IS A VIDEO SHOWING MY CIENT WITH THE
BLOODY KNIFE STANDING IN THE MIDDLE OF THE MURDER SCENE HE
WASNT THERE" SO YEA THEY DO MAKE BASELESS CLAIMS

1 ∧  |  ∨  • Reply • Share ›

> **Patriarch** ➔ denice • 12 days ago
>
> He has - to those who have the responsibility to indict,
> If they avoid or ignore the evidence they are part of the conspiracy to cover
> up mass political corruption. They are devils in a blue dress.
>
> The man had a perfect record as an honorable ethical attorney.
> Then he speaks up in opposition of counterfeit ballots in Georgia & you
> detest his knowledge.
> On day you will need a lawyer like him.
> Continue to invalidate those who serve the public and there will be no one
> to speak up for you.
>
> Many have a lot to lose, don't you agree?
>
> He owes you zero and all the personal insults and antipathy by the
> opposition are reflecting ignorance.
> Conflict is negative Karma
> De-Nile is not a river in Egypt.
>
> ∧  |  ∨  • Reply • Share ›

✕

A DAN ABRAMS PRODUCTION

WATCH LIVE LISTEN LIVE

Live | Where to | TV Schedule | Law&Crime Daily | Shows | Law&Crime Productions | Hosts | Podcasts | Subscribe

Case 1:18-cv-05398-DLI-VMS Document 68-4 Filed 02/12/21 Page 21 of 39 PageID #: 1984

## Top of Today



WATCH LIVE　　　　LISTEN LIVE

A DAN ABRAMS PRODUCTION

.ive　Where　TV　　　　Law&Crime　Shows　Law&Crime　Hosts　Podcasts　Subscribe
　　　to　Schedule　Daily　　　　　Productions

**Judge Sides with Kyle Rittenhouse in Defense Request for Secret 'Safe House' Address, Refuses to Issue Warrant for Re-Arrest or Increase Bail**



**Accused Capitol Rioter's Lawyer Tells Judge That Detained Client 'No Longer Cares About Politics of Who Is President'**



**Ted Cruz Pens Op-Ed Contradicting His Vote on Whether Senate Has Jurisdiction Over Trump's Impeachment**

A DAN ABRAMS PRODUCTION

WATCH LIVE      LISTEN LIVE

Live    Where    TV         Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe

**'Clearly Unconstitutional' Bill Requiring National Anthem to Be Played at All Public Events Is a 'Legislative Priority' for Texas Lt. Governor**





A DAN ABRAMS PRODUCTION

WATCH LIVE     LISTEN LIVE

.ive    Where    TV       Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
        to       Schedule Daily                 Productions



# You May Like

by 



### These 2 Vegetables Will Kill Your Belly Fat Overnight!
Smart Weight Loss



### If You Have Tinnitus (Ear Ringing) Do This Immediately!
Synapse XT








**Joe Biden's Daughter Confirms A Long-Standing Melania Rumor**

**GOP Senator Says He's Spoken To Pence, And He's Furious**





**Something About Kimberly Guilfoyle & Don Jr. Just Doesn't Add Up**

**Melania Trump Endures 'the Worst Booing She Has Received'**





**These Childhood Friends' Career Success Is A True Inspiration**

**Trump's Bizarre Comment About Son Barron is Turning Heads**





**A Journalist Claims To Have Found Trump's 'Ultimate Smoking Gun'**

**Bill Barr's Response To DC Mob Is Turning Serious Heads**

by ZergNet





WATCH LIVE    LISTEN LIVE

A DAN ABRAMS PRODUCTION

.ive    Where    TV    Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
        to       Schedule  Daily               Productions

A DAN ABRAMS PRODUCTION

WATCH LIVE    LISTEN LIVE

.ive    Where to    TV Schedule    Law&Crime Daily    Shows    Law&Crime Productions    Hosts    Podcasts    Subscribe

A DAN ABRAMS PRODUCTION

**WATCH LIVE**          **LISTEN LIVE**

.ive    Where    TV           Law&Crime    Shows    Law&Crime      Hosts    Podcasts    Subscribe
        to       Schedule     Daily                 Productions

A DAN ABRAMS PRODUCTION

WATCH LIVE

LISTEN LIVE

Live Where to TV Schedule Law&Crime Daily Shows Law&Crime Productions Hosts Podcasts Subscribe

Case 1:18-cv-05398-DLI-VMS Document 68-4 Filed 02/12/21 Page 30 of 39 PageID #: 1993

A DAN ABRAMS PRODUCTION

**WATCH LIVE**

**LISTEN LIVE**

.ive | Where to | TV Schedule | Law&Crime Daily | Shows | Law&Crime Productions | Hosts | Podcasts | Subscribe

A DAN ABRAMS PRODUCTION

A DAN ABRAMS PRODUCTION

WATCH LIVE      LISTEN LIVE

.ive    Where    TV        Law&Crime    Shows    Law&Crime    Hosts    Podcasts    Subscribe
        to       Schedule   Daily                 Productions

A DAN ABRAMS PRODUCTION

WATCH LIVE

LISTEN LIVE

Live Where to TV Schedule Law&Crime Daily Shows Law&Crime Productions Hosts Podcasts Subscribe

Case 1:18-cv-05398-DLI-VMS Document 68-4 Filed 02/12/21 Page 34 of 39 PageID #: 1997

.ive　　Where　　TV　　Law&Crime　　Shows　　Law&Crime　　Hosts　　Podcasts　　Subscribe
　　　　to　　　Schedule　Daily　　　　　　　Productions

A DAN ABRAMS PRODUCTION

WATCH LIVE LISTEN LIVE

Live Where to TV Schedule Law&Crime Daily Shows Law&Crime Productions Hosts Podcasts Subscribe

Case 1:18-cv-05398-DLI-VMS Document 68-4 Filed 02/12/21 Page 36 of 39 PageID #: 1666

A DAN ABRAMS PRODUCTION

WATCH LIVE          LISTEN LIVE

.ive      Where      TV          Law&Crime      Shows      Law&Crime      Hosts      Podcasts      Subscribe
          to         Schedule    Daily                     Productions



CIVIL 7:19-17-00300 OFI-AAD · DXHTMHH BB-6 · brffh 2017257 · brffR 28 IS 38 brffRkD K 3007

# You may also like:

## 'An Embarrassment to the Party': Insiders Say Cuomo Cleared Way for Daughter of New York's Top Judge to Secure State Supreme Court Seat

JERRY LAMBE | Feb 11th, 2021, 7:39 pm

## Lawyer Fired After Recording Himself in D.C. on Jan. 6 Finally Corrects Rookie Legal Mistake, Asks Judge for Do-Over of 2020 Election

AARON KELLER | Feb 11th, 2021, 7:29 pm

## Britney Spears Just Had a Good Day in Court Over Conservatorship Battle with Her Father

COLIN KALMBACHER | Feb 11th, 2021, 7:05 pm

## Fox's Andrew McCarthy Argues This Is the 'Most Indefensible Thing' About Trump's Conduct on Jan. 6

MEDIAITE STAFF | Feb 11th, 2021, 6:41 pm



WATCH LIVE   LISTEN LIVE

A DAN ABRAMS PRODUCTION

Live | Where to | TV Schedule | Law&Crime Daily | Shows | Law&Crime Productions | Hosts | Podcasts | Subscribe

  

LIVE TRIAL NETWORK



© 2021 LawNewz

About Us | Advertise | Newsletter | Privacy | User Agreement | Ethics & Diversity Policy | Contact | RSS | Dan Abrams, Founder

Information from your device can be used to personalize your ad experience.
Do not sell my personal information.

