JOHN H. REICHMAN
john@johnreichmanlaw.com
917.626.8025

March 9, 2021

**VIA ECF**
Hon. Vera M. Scanlon, U.S.M.J.
United States District Court – E.D.N.Y.
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

Re: *Roslyn La Liberte v Reid; 18cv5398 (DLI) (VMS)*

Your Honor:

We represent Defendant Joy Reid and write in response to today's letter from Plaintiff's counsel seeking an adjournment of tomorrow's scheduled conference on the ground that Plaintiff's counsel did not receive electronic notice of our March 2, 2021 letter motion to compel.

I am attaching a screenshot of the notice with respect to our filing, which was sent by the Court's ECF system to all counsel, including Mr. Wood and Mr. Olasov. Given that Plaintiff's counsel knew, or should have known, of our motion, we ask that your Honor deny the request for an adjournment.

Respectfully submitted,

*/s/ John H. Reichman*

John H. Reichman

Encl.

cc:     All Counsel on ECF