# David Yeger

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Tuesday, March 2, 2021 4:26 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cv-05398-DLI-VMS La Liberte v. Reid Motion to Compel |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Yeger, David on 3/2/2021 at 4:25 PM EST and filed on 3/2/2021

| | |
|---|---|
| **Case Name:** | La Liberte v. Reid |
| **Case Number:** | 1:18-cv-05398-DLI-VMS |
| **Filer:** | Joy Reid |
| **Document Number:** | 71 |

**Docket Text:**
**MOTION to Compel by Joy Reid. (Attachments: # (1) Exhibit A (Request for Production), # (2) Exhibit B (RFP - Response), # (3) Exhibit C (Interrogatories), # (4) Exhibit D (Interrogatories - Response), # (5) Exhibit E (Washington Post photo), # (6) Exhibit F (Ventura County Star photo)) (Yeger, David)**

**1:18-cv-05398-DLI-VMS Notice has been electronically mailed to:**

David Yeger    david@yegeresq.com

David M. Olasov    dolasov@olasov.com, ssingh@olasov.com

John H Reichman    john@johnreichmanlaw.com

Lucian L. Wood    lwood@linwoodlaw.com, khart@linwoodlaw.com

Marcellus Antonio McRae    mmcrae@gibsondunn.com

Marissa Moshell    mmoshell@gibsondunn.com

Theodore J. Boutrous , Jr    tboutrous@gibsondunn.com, aarias@gibsondunn.com

**1:18-cv-05398-DLI-VMS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=3/2/2021] [FileNumber=15627922-0]
[5054af91eeea3637bded4c549d8380146fa7b69d216acefb4ddfd94f90759658ce38b
4c2ebc649a5795e95c0eaf7a85aefe56a3eab207f5b54be6290bef49088]]
**Document description:**Exhibit A (Request for Production)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=3/2/2021] [FileNumber=15627922-1]
[0b40619a227392cec4b66ed1fc172d889c3a109f750fd3a023b719e6cda933c3c2307
09ffad6139cfd69770953de5c7eacc51ce2605cf0290ffda0ff80f4cd9b]]
**Document description:**Exhibit B (RFP - Response)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=3/2/2021] [FileNumber=15627922-2]
[8194e7e9848ac33da895f873a0dfbe41a22f87b08168a654c1af5bb49b2e0aaafa3ea
954ee5fc1121b661a3c0cafa8feca5bac7f591b24ed5f1c2ec3b30039e7]]
**Document description:**Exhibit C (Interrogatories)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=3/2/2021] [FileNumber=15627922-3]
[43c41fe802c31c2defbbc991f495f5e24031f5e0067137c091fa47c7f52f6fc430d9d
4e354de1b0bb8c3dedb9525f37eaec60b68c04e3e23c064bf976eb551c2]]
**Document description:**Exhibit D (Interrogatories - Response)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=3/2/2021] [FileNumber=15627922-4]
[16a19062e8cfb465a7639bb5d63a0458ddda62ed3537fc5cda59a81daa72098553e60
f47bf3fde525d57711d30c0e0c05b75b4131722b20be72bb7c67a526e5b]]
**Document description:**Exhibit E (Washington Post photo)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=3/2/2021] [FileNumber=15627922-5]
[648567de96c1dfdf83e4cc73a9be8e7f6349abd27419bb55fb94cca62e75e76710765
df2933d29e1e27299cca530370e4301bfd399aa3b4042ad4dfbf0b759a1]]
**Document description:**Exhibit F (Ventura County Star photo)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=3/2/2021] [FileNumber=15627922-6]
[346b3be060aacaafbff281e61268e0a9472a45b2609562d6e6077819fe37fcb068317
03a487887d38fcb826c8396f2ef877ed679d184077ac59f4207cd38e0d0]]