UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROSLYN LA LIBERTE,

                Plaintiff,

- against -

JOY REID,

                Defendant.

Case No.: 1:18-cv-05398-DLI-JRC

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

NOTICE is hereby given that RONALD P. MYSLIWIEC, a member of the Bar of this Court, is substituted as counsel for plaintiff Roslyn La Liberte, in place of L. Lin Wood. This substitution moots the pending motion of defendant Joy Reid for an order revoking the *pro hac vice* admission of Mr. Wood by order dated October 11, 2018.

Dated: Brooklyn, New York

I consent to the above substitution.

Dated: April 22, 2021

Roslyn La Liberte, Plaintiff

I consent to being substituted.
Dated: April 22, 2021

L. Lin Wood, Esq.

I consent to the above substitution.
Dated: April 22, 2021

Ronald P. Mysliwiec, Esq.
Law Offices of Ronald P. Mysliwiec
530 Third Street
Brooklyn, New York 11215-3003

718-768-4581
rpm@rpmlawny.com

The substitution of attorney is hereby approved and so ORDERED.

Dated:

James R. Cho
United States Magistrate Judge