
# DAVID YEGER LAW PLLC

April 23, 2021

**VIA ECF ONLY**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1227 South
Brooklyn, NY 11201

Re: *Roslyn La Liberte v. Reid;* 18-cv-05398 (DLI) (VMS)

Your Honor:

We represent defendant Joy Reid in the above-entitled action. We write for two reasons. First, in connection with the proposed *Consent Order Granting Substitution of Attorney* filed by plaintiff's counsel this morning (ECF Doc. 80), defendant concurs that the substitution out of Lin Wood, plaintiff's outgoing counsel, moots defendant's motion to revoke Mr. Wood's *pro hac vice* motion (ECF Doc. 62).

Second, we are writing on behalf of both parties to seek clarification regarding whether an April 28, 2021 conference scheduled in the case by Magistrate Judge Scanlon is proceeding. On January 12, 2021, Judge Scanlon had issued an order scheduling a conference for April 22, 2021. On March 31, 2021, Judge Scanlon a issued a subsequent Order which stated in part that "A Telephone Conference is set for 4/28/2021 at 4:00 PM before Magistrate Judge Vera M. Scanlon." After your Honor's assignment to the case, Judge Scanlon issued an April 13, 2021 Order, which adjourned the April 22nd conference *sine die*, but made no reference to the April 28th conference. The parties respectfully request clarification as to whether the April 28th conference is also adjourned *sine die*.

Respectfully submitted,

/s/ *David Yeger*

David Yeger

cc: All Counsel on ECF

212.452.6177 (t)
212.452.6178 (f)
david@yegeresq.com

708 Third Avenue, 6th Floor
New York, NY 10017