# Index to
# Social Media Links

| Tab | Title | Link | Citation in Jansen Declaration |
|---|---|---|---|
| 1 | How do I archive a post I've shared on Instagram | https://help.instagram.com/136706673552668 | p. 6, fn. 5 |
| 2 | How do I archive or delete content that I share on my Facebook News Feed or timeline? | https://www.facebook.com/help/284581436192616 | p. 7, fn. 8 |
| 3 | How do I connect my Instagram account to my Facebook profile in Accounts Center? | https://help.instagram.com/176235449218188 | p.2, fn. 2 |
| 4 | How do I download a copy of my information on Facebook? | https://www.facebook.com/help/212802592074644 | p. 5, fn. 4 |
| 5 | Managing your account/ how to download your Twitter archive? | https://help.twitter/en/managing-your-twitter-archive | p. 6, fn. 6 |
| 6 | How to Quickly Delete Old Facebook Posts | https://www.pcmag.com/how-to/quickly-delete-old-facebook-posts | p. 8, fn. 9 |
| 7 | How to Regram on Instagram: 5 Tried and True Methods | https://blog.hootsuite.com/how-to-regram/ | p. 2, fn. 1 |
| 8 | Using Twitter | https://help/twitter.com/en/using-twitter/retweet-faqs | p. 2, fn. 3 |
| 9 | Your Twitter archive | https://blog.twitter.com/en_us/a/2012/your-twitter-archive | p. 6, fn. 7 |