**Help Center**                                        Search help articles…                         English (US)

- **Instagram Features**
  - **Your Profile**
    - Managing Photo and Video Tags
    - Editing Your Profile
    - Sharing Photos and Videos
    - Exploring Photos and Videos
    - Direct Messaging
    - Stories
    - Reels
    - Live
    - Videos
    - Fundraisers and Donations

# How do I archive a post I've shared on Instagram?

Copy Link

You can archive a post you've shared to hide it from your profile and make it so your followers and other people on Instagram can't see it. When you archive a post, it keeps all its likes and comments.

## To archive a post:

Instagram app for Android and iPhone

1. Tap  or your profile picture in the bottom right to go to your profile.
2. Tap the post you'd like to archive.
3. Tap  (iPhone) or (Android) in the top right.
4. Select **Archive**.

Instagram Lite app for Android

Once you've archived a post, you can choose to show it on your profile again. The post will return to its original spot on your profile.

## To show an archived post on your profile:

12/19/21, 12:56 PM                           How do I archive a post I've shared on Instagram? | Instagram Help Center

 **Help Center**                                       Search help articles...                                    English (US)

1. Tap ⚇ or your profile picture in the bottom right to go to your profile.

2. Tap ☰.

3. Tap ⟲ **Archive**.

4. Tap **Archive**, then tap **Posts** (iPhone) or **Posts Archive** (Android).

5. Tap the post you'd like to show on your profile.

6. Tap ⋯ (iPhone) or ⋮ (Android) in the top right, then select **Show on Profile**.

**Instagram Lite app for Android**

---

**Was this helpful?**

☐ Yes                                                                                              ☐ No

---

**Related Articles**

Can I prevent someone from embedding my Instagram content in their article or blog post?

What can I do if I've lost access to the email or phone number I signed up with on Instagram?

Case 1:18-cv-05398-DLI-JRC   Document 118-14   Filed 12/22/21   Page 3 of 3 PageID #: 3207

 **Help Center**     Search help articles…     English (US)

What are Embeds on Instagram and how can I embed an Instagram post or profile?

© 2021 Meta

| About Us | API | Jobs |
| Terms | Privacy | |

from Meta