**Help Center**   Search help articles…   English (US)

- Using Facebook
- Managing Your Account
- Privacy, Safety and Security
- Policies and Reporting

# How do I archive or delete content that I share on my Facebook News Feed or timeline?

Computer Help      Copy Link

Right now this feature isn't available to everyone.

You can archive or delete some of the content you share on Facebook, like posts, photos and videos, directly from your News Feed or your timeline. From each post, you can choose to:

- **Move to Archive.** When you move content to your **Archive**, it'll only be visible to you. If you choose to restore your content, it'll be visible to the audience that was selected before it was moved to **Archive**.

- **Move to Trash.** When you move content to your **Trash**, it'll stay there until it is automatically deleted 30 days later. While it's in your **Trash**, it'll only be visible to you.

  - During the 30 days, you can restore your content to where you originally posted it on Facebook, move it to your **Archive** or you can select content to delete before the 30 days are over. When you restore your content, it'll be visible to the audience that was selected before it was moved to **Trash**.

  - After 30 days, the content will be automatically deleted and can't be restored.

You can also manage some of your content from the **Manage Activity** section of your activity log. Learn more about managing Archive and Trash in your activity log.

Case 1:18-cv-05398-DLI-JRC   Document 118-15   Filed 12/22/21   Page 2 of 5 PageID #: 3209

12/19/21, 12:58 PM                How do I archive or delete content that I share on my Facebook News Feed or timeline? | Facebook Help Center

 Help Center       Search help articles...                    English (US)   ▼

1. Go to the post that you'd like to archive.

2. Click ••• in the top right of the post.

3. Click **Move to Archive**.

## To restore your archived content:

You can restore your archived content in your activity log.

1. Click your profile picture in the top right of Facebook.

2. Click ••• below your name, then click **Activity Log**.

3. In the top left of your activity log, click **Archive**. From here:

    - If you see the content you want to restore:

        1. Hover over the content you'd like to restore, then click ••• .

        2. Click **Restore to profile**, then click **Restore**.

    - If you don't see the content you'd like to restore:

        1. Click **Filter** at the top of your activity log, then filter your content by date.

        2. Add a start and end date, then click **Save Changes**.

        3. Hover over the content you'd like to restore, then click ••• .

        4. Click **Restore to profile**, then click **Restore**.

Case 1:18-cv-05398-DLI-JRC   Document 118-15   Filed 12/22/21   Page 3 of 5 PageID #: 3210

12/19/21, 12:58 PM                          How do I archive or delete content that I share on my Facebook News Feed or timeline? | Facebook Help Center

 **Help Center**                                              Search help articles...                                English (US)

**To move your content to Trash:**

1. Go to the post that you'd like to trash.

2. Click ••• in the top right of the post.

3. Click **Move to Trash**.

Keep in mind, when you move something to **Trash** it'll be automatically deleted after 30 days, unless you choose to delete it sooner or restore it. Once the content is deleted after 30 days, it can't be restored.

**To restore content you've moved to Trash**

You can restore content in your **Trash** in your activity log.

1. Click your profile picture in the top right of Facebook.

2. Click ••• below your name, then click ≡**Activity Log**.

3. In the top left of your activity log, click **Trash**.

4. From here, you can:

   - Restore your content to where it was when you posted it: Hover over the content you'd like to restore, then click •••. Click **Restore to profile**, then click **Restore** to confirm.

   - Move content to your **Archive**: Hover over the content, then click •••. Click **Move to archive**. Your content will move to your archive.

After you've moved your content to **Trash**, it'll be deleted after 30 days. During the 30 days, you can restore your content to where you originally posted it on Facebook. When you

 **Help Center**          🔍 Search help articles...                English (US) ▼

## Was this helpful?

☐ Yes            ☐ No

## Related Articles

How do I share a memory on Facebook?

How do I change my birthday and choose who I share it with on Facebook?

How do I view things I've hidden on my Facebook timeline?

How do I find my Facebook story archive?

How do I take a break from someone on Facebook?

© 2021 Meta

| About | Privacy | Terms and Policies |
| Ad Choices | Careers | Cookies |

12/19/21, 12:58 PM                                How do I archive or delete content that I share on my Facebook News Feed or timeline? | Facebook Help Center

 **Help Center**     Search help articles...     English (US)