***CONFIDENTIAL***

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

ROSLYN LA LIBERTE,

Plaintiff,

against

JOY REID,

Defendant.

Case No. 1:18-cv-05398-DLI-JRC
ECF Case

SUPPLEMENTAL EXPERT REPORT OF JORDAN RAE KELLY

## Introduction

I, Jordan Rae Kelly, am a Senior Managing Director and Head of Cybersecurity for the Americas at FTI Consulting, Inc. ("FTI"). I have been retained by Gibson Dunn & Crutcher LLP ("Gibson Dunn") in its capacity as counsel to Joy Reid in relation to a lawsuit brought by Roslyn La Liberte, Civil Action No. 1:18-cv-05398.

Except as otherwise noted, I have personal knowledge as to all the information set forth in this report. All facts and opinions included in this report are based upon my research and knowledge, information supplied to me by Defendant's counsel, my review of other relevant information related to Roslyn La Liberte's claims, and my extensive top-level cybersecurity experience.

## Assignment and Compensation

I was asked by the Defendant's counsel to respond to the Supplemental Expert Report of Dr. Bernard J. (Jim) Jansen.[1] My review is limited to the Materials referenced in Appendix B of this report.

I have been assisted by professionals from FTI, who worked under my direction on this engagement. The fees paid to me are not contingent on the outcome of this matter or the opinions expressed herein. My billing rate for this matter is $1,065 per hour. I reserve the right to supplement, update, or otherwise modify my opinions and my report. The opinions offered in this report should not be construed as legal opinions.

# Materials Considered

The documents on which I relied in forming my opinions are cited in this report. A full list of the documents I considered for the opinions in this report is attached as Appendix B. Should I learn of additional information relevant to my opinions set forth below, I reserve the right to supplement or revise this report and/or the list of materials considered in Appendix B.

# Summary of Analysis

I reviewed Dr. Jansen's Supplemental Expert Report, in which Dr. Jansen set out to address whether "the social media posts by defendant Reid, *excluding* defendant's retweet of Vargas on June 29, 2018, [were] a substantial factor in causing the adverse publicity that plaintiff La Liberte and her business received following the June 25, 2018 Simi Valley Town Council meeting."[2]

As an initial matter, my prior Expert Report, submitted on March 11, 2022, already addressed and disproved the notion that Reid's social media posts either caused or had any provable impact on the flood of "hate calls" or publicity Plaintiff received between June 28, 2018 and July 1, 2018.[3] I incorporate my March 11 Expert Report and opinions herein. That said, because Dr. Jansen

---

[1] *See* Supplemental Expert Report of Dr. Bernard J. Jansen in Support of Plaintiff, dated March 10, 2022 (hereafter "Jansen Supplemental Report").

[2] *See id.*, par. 4 (emphasis added).

[3] *See* Expert Report of Jordan Rae Kelly, dated March 11, 2022.

submitted another report based on a new question, I will respond specifically to the question Dr. Jansen opined on therein.

Following my review of Dr. Jansen's Supplemental Expert Report and additional analysis I performed on social media postings and trends, I disagree with Dr. Jansen's assertion that Reid's joint Facebook and Instagram posts about Plaintiff, published at 9:58 PM ET / 6:58 PM PT on June 29, 2018 and July 1, 2018[4] are "substantial factors"[5] in the flood of "hate calls" or publicity Plaintiff received starting on June 30, 2018 through July 1, 2018, following Plaintiff's attendance at the June 25, 2018 Simi Valley Town Council meeting (hereafter "City Council Meeting"),[6] based on the following:

- Dr. Jansen again fails to disentangle the impact of Reid's nonactionable retweet of Vargas on Twitter from the impact of her subsequent joint Facebook and Instagram posts regarding Plaintiff, thus never truly answering the question his Supplemental Expert Report sought to address;
- Manual analysis on available Facebook and Instagram data demonstrates that Reid's accounts were one of several notable accounts that posted about Plaintiff's attendance at the City Council Meeting. The impact of her specific posts cannot be disentangled from those other posts (or any other posts about Plaintiff during that time period, whether on Facebook, Instagram, or Twitter)[7] or calculated to any degree of certainty, particularly given Reid's substantially lower number of followers on Instagram and Facebook than on Twitter; and
- Throughout his Supplemental Expert Report, Dr. Jansen still fails to undertake his own analysis or otherwise provide any meaningful evidence, methodology, or explanation before declaring Reid's posts as a "substantial factor" in the surge in "hate calls" or publicity Plaintiff received, a claim that is speculative at best.

# Analysis

## Jansen Fails to Disentangle the Impact of Reid's Retweet from the Impact of Other Social Media Posts

In his Supplemental Expert Report, Dr. Jansen seeks to attribute the surge of "hate calls" that Plaintiff received to the joint Facebook and Instagram posts that Reid published at 9:58 PM ET / 6:58 PM PT on June 29, 2018 and on July 1, 2018,[8] rather than to Reid's retweet of Vargas's tweet about Plaintiff

---

[4] *See id,* pg. 7. Note: As mentioned in my initial Expert Report, the exact timing of the July 1, 2018 joint Instagram and Facebooks posts is unknown.

[5] For purposes of this report, I have adopted the definition of "substantial factor" that Dr. Jansen uses in his report. *See* Jansen Supplemental Expert Report, par. 9.

[6] *See id.*, pars. 6, 32, 35.

[7] This Supplemental Expert Report focuses on Facebook and Instagram posts, as I respond to Dr. Jansen's main critique in his Supplemental Expert Report. However, my initial Expert Report details the posts on notable and verified accounts on Twitter, including posts from Soledad O'Brien, Immortal Technique, and Ana Navarro, of which Dr. Jansen discusses in his Supplemental Expert Reports and erroneously downplays the significance.

[8] *See* Jansen Supplemental Report, pars. 6, 32, 35.

on June 29, 2018 at 12:54 PM ET / 9:54 AM PT.[9] In other words, his assignment in this report was to show that the actionable Facebook and Instagram posts were a substantial factor *apart from* Reid's prior retweet on June 29, 2018.

Even in the confines of this narrow assignment, Dr. Jansen continues to improperly rely on Reid's Twitter influence and her nonactionable[10] retweet of Vargas' tweet. He states that "to fully understand defendant Reid's social media presence, one has to appreciate that, in addition to her followers on Instagram and Facebook, she had approximately 1.24 million Twitter followers at the time as well."[11] He adds that "Defendant Reid had posted 141,000 tweets before turning her attention to plaintiff La Liberte."[12] The data about Reid's Twitter following and prior tweets, however, say nothing about whether Reid's subsequent Facebook and Instagram posts were a substantial factor in Plaintiff's harm. Reid's 1.24 million Twitter followers do not necessarily follow her on Facebook and Instagram or view her posts on these platforms. As Dr. Jansen acknowledges in his Supplemental Expert Report, Reid had *nowhere near* the same "online presence" on Facebook and Instagram that she had on Twitter at the time of her posts about La Liberte. Reid had a mere 96,600 followers on Instagram and 206,400 followers on Facebook.[13] These numbers pale in comparison to her Twitter following. If anything, the fact that Reid had over six times as many followers on Twitter than she did on Facebook or Instagram at the time of her posts about La Liberte suggests that her initial and non-actionable retweet about Plaintiff had more influence (if any) than any of her subsequent and allegedly actionable posts.

Further, when Dr. Jansen discusses "*significant*" social media posts related to Plaintiff's attendance at the City Council Meeting that were posted between Reid's June 29, 2018 and July 1, 2018 joint Facebook and Instagram posts, he concentrates *only on tweets*, ignoring social media posts on other social media platforms about Plaintiff during that period.[14] Dr. Jansen does this even after criticizing the Hoffman Affidavit and Reichman Affidavit for failing to address the impact of Reid's Instagram and Facebook posts about Plaintiff and for failing to compare the influence of Reid with other "influencers" on these platforms, something he then himself also fails to do.[15]

Finally, Dr. Jansen fails to support his speculative conclusion with any evidence or methodology. After acknowledging the substantially larger reach of Reid's Twitter account and the reach of other notable and verified Twitter accounts, Dr. Jansen concludes that Reid's joint Facebook and Instagram posts alone were a substantial factor in the number of "hate calls" Plaintiff received from June 30, 2018 through July 1, 2018.[16] But in order for that conclusion to be reliable and valid, Dr. Jansen would

---

[9] *See* Expert Report of Jordan Rae Kelly, dated March 11, 2022, pg. 7.

[10] *See La Liberte v. Reid*, 966 F.3d 79, 83 (2d Cir. 2020) (saying the retweet "is not alleged to be defamatory").

[11] *See* Jansen Supplemental Report, par. 21.

[12] *See id.*

[13] *See id.*

[14] *See id.*, pars. 25-26.

[15] *See id.*, par. 20.

[16] *See id.*, par. 32.

have had to separate the influence of Reid's retweet to her 1.24 million Twitter followers from the influence of her subsequent posts on other social media platforms to much smaller audiences. He does not do so, and therefore fails to provide meaningful evidence or analysis to support his claim. Dr. Jansen appears to even acknowledge the indefensibility of his conclusion, stating that the effect of Reid's joint Instagram and Facebook posts at 9:58 PM ET / 6:58 PM PT on June 29, 2018 on the number of "hate calls" Plaintiff received on June 30, 2018 "cannot be known with absolute certainty."[17]

## A Manual Review of Facebook and Instagram Verifies that Reid's Posts on Facebook and Instagram Are Not a "Substantial Factor" in the Surge of "Hate Calls" to Plaintiff and Any Publicity She Received

As I state in my initial Expert Report,[18] Facebook and Instagram (both owned by Meta Platforms, Inc.) prohibit forms of automated data collection from their sites, so a systematic, external, and programmatic analysis of Facebook or Instagram posts related to Plaintiff's attendance at the City Council Meeting is not possible.[19]

Even so, I performed a robust manual review of Facebook and Instagram posts dating back to June 2018 using hashtag searches and term searches to review the discussion on Facebook and Instagram surrounding Plaintiff's attendance at the City Council Meeting and to determine if any posts from notable or verified accounts posted about Plaintiff without apparent evidence that they were influenced by Reid.

<u>Facebook</u>

As detailed in my initial Expert Report, my Facebook review found two notable accounts that posted about Plaintiff's attendance at the City Council Meeting without any apparent evidence that they were influenced by Reid.

The Facebook account *Occupy Democrats*, which had over 7.34M followers as of May 22, 2018, posted a picture of La Liberte *including Vargas' caption* at 12:55 PM ET / 9:55 AM PT on June 30, 2018.[20] As of March 7, 2022, the post received a significant number of interactions: 4.9K comments and 10K shares.[21] Several commenters on the post shared La Liberte's personal information, including her name, phone number, the name of her business, and a link to its website. Some

---

[17] *See id.*

[18] *See* Expert Report of Jordan Rae Kelly, dated March 11, 2022, pg. 5.

[19] *See* Meta's Terms of Service policies, which cover Facebook and Instagram, prohibit automated data collection from Meta's products. https://www.facebook.com/terms.php. Revised January 4, 2022.

[20] *See* https://web.archive.org/web/20180522180313/https://www.facebook.com/OccupyDemocrats/; https://www.facebook.com/346937065399354/photos/a.517901514969574/2170104383082604/.

[21] *See* https://www.facebook.com/346937065399354/photos/a.517901514969574/2170104383082604/.

commenters shared La Liberte's business website and its Yelp page, noting that her business website had shut down.[22]

The Facebook account *Call to Activism*, which had over 274K followers as of July 24, 2018, posted a picture *of Vargas' tweet* with the accompanying picture at 10:58 AM ET / 7:58 AM PT on June 30, 2018.[23] As of March 7, 2022 the post received 6.9K comments and 30K shares.[24]

(These Facebook pages were both included in Pew Research Center's analysis of the 25 pages with the highest average monthly interactions (comments, shares, reactions).)[25]

Both pages had significant followings that outnumbered Reid's own June 29, 2018 Facebook following of 206,400[26] and posted about Plaintiff without any apparent indication of being related to or influenced by Reid's posts. Moreover, the existence of these two posts, both published between Reid's June 29, 2018 and July 1, 2018 Facebook posts, refute any presumption that Reid's was the only account with a significant following posting about Plaintiff over the June 30, 2018 through July 1, 2018 time period. Dr. Jansen fails entirely to address—let alone disentangle—the impact of these posts or any other social media posts in his analysis of the surge in "hate calls" or publicity over the same period.

<u>Instagram</u>

I performed an independent search of "Roslyn La Liberte" on Instagram. Although there were at least nine posts with the hashtags *#roslynlaliberte*, all of which were from the June 29, 2018 through July 16, 2018 timeframe, none of the posts appear to be from notable or verified accounts.[27]

Importantly, however, Reid's Instagram account had only 96,600 followers as of June 29, 2018.[28] Her Instagram post at 9:58 PM ET /6:58 PM PT that same day received only 14,765 likes.[29] Her Instagram post on July 1, 2018 received only 6,575 likes.[30] And while Reid's Instagram account is currently

---

[22] *See id.*

[23] *See* https://web.archive.org/web/20180724040600/https://www.facebook.com/calltoactivism/.

[24] *See* https://www.facebook.com/calltoactivism/photos/a.398732900513772/600859196967807.

[25] *See* Pew Research Center "Facebook Posts in Early Days of Biden Administration Reflect Ideological Divide," June 14, 2021. https://www.pewresearch.org/journalism/2021/06/14/facebook-posts-in-early-days-of-biden-administration-reflect-ideological-divide/?utm_source=Pew+Research+Center&utm_campaign=27cc18bd8b-EMAIL_CAMPAIGN_2021_06_15_01_31&utm_medium=email&utm_term=0_3e953b9b70-27cc18bd8b-399907321. Note: The Top 25 Pages list is based on interactions over the time period October – December 2020. Reid's Facebook page was not included on the list.

[26] *See* First Amended Complaint for Defamation, Roslyn La Liberte, Plaintiff, v. Joy Reid, Defendant. Civil Action No. 1:18-cv-05398 (DLI), in the United States District Court for the Eastern District of New York, par. 1.

[27] Note: This analysis does not include any Instagram posts that are private or have since been deleted.

[28] *See* First Amended Complaint, par. 1.

[29] *See* J. Reichman Affidavit In Support Of Defendant's Motion to Dismiss and Strike, par. 35.

[30] *See* First Amended Complaint, par. 1.

public,[31] there is no basis to conclude that Instagram users outside of Reid's followers viewed either of her Instagram posts about the Plaintiff.

In sum, as my review demonstrates, *any* research into these Facebook and Instagram platforms confirms that other verified or notable accounts also posted about Plaintiff's attendance at the City Council Meeting without appearing to be related to or influenced by Reid's posts. Yet, even as Dr. Jansen criticizes the Hoffman Affidavit and Reichman Affidavit for not adequately comparing Reid's Facebook and Instagram influence with other accounts on the platforms, he refuses to acknowledge the roadblocks that exist for thorough Facebook and Instagram analyses and still makes no attempt to address the separate influences of other notable or verified accounts from *any* social media platform on the number of "hate calls" or publicity Plaintiff received.

Timing

In his Supplemental Expert Report, Dr. Jansen attempts to associate the timing of Reid's joint Facebook and Instagram posts at 9:58 PM ET /6:58 PM PT on June 29, 2018 and on July 1, 2018 with the surge in "hate calls" Plaintiff received from June 30, 2018 through July 1, 2018.

Dr. Jansen's review is inadequate and misleading. He fails to account for the fact that the narrative surrounding Plaintiff's attendance at the City Council Meeting was already circulating widely on numerous social media platforms and had been featured in traditional media even before Reid's first joint Facebook and Instagram post. He does not address the effect of this other media coverage about Plaintiff on the distribution of the narrative surrounding Plaintiff nor its effect on the number of calls Plaintiff received both before *and continuing after* Reid published her joint Facebook and Instagram posts.[32]

Instead, Dr. Jansen states that Reid's second joint Facebook and Instagram posts from July 1, 2018 were a substantial factor in the "hate calls" Plaintiff received the same day, but provides no evidence or methodology to separate Reid's July 1, 2018 posts from the posts about Plaintiff on any other Facebook, Instagram, or Twitter account, including Reid's own retweet. In addition, an analysis of the hourly trend of "hate calls" Plaintiff received, belies Dr. Jansen's conclusion. The number of "hate calls" Plaintiff received on July 1, 2018, which was just a fraction of those she received between June 28, 2018 and June 30, 2018, declined steadily throughout the day. If Reid's Facebook and Instagram influence was as substantial as Dr. Jansen claims it to be, we would expect to see a surge of calls on June 30, 2018 *and* July 1, 2018. But that is not the case.

* * *

In sum, because of all of the aforementioned failings of the opinions set forth in Dr. Jansen's Supplemental Report, including his crucial inability to disentangle and isolate the effects of Reid's

---

[31] As of March 22, 2022. *See* https://www.instagram.com/joyannreid/?hl=en.

[32] *See* Expert Report of Jordan Rae Kelly, dated March 11, 2022, pp. 8-12.

actionable Facebook and Instagram posts from (1) Reid's prior retweet concerning Plaintiff, and (2) social media posts made by other notable and verified accounts on other social media platforms as well as traditional media coverage about Plaintiff, his speculative conclusion that Reid's Facebook and Instagram posts were a "substantial factor" in the "hate calls" or publicity Plaintiff received is both invalid and unreliable. Dr. Jansen thus fails to satisfy the assignment he sets out to accomplish, and merely demonstrates that Plaintiff received "hate calls" and publicity during the June and July 2018 time period. There is no basis in Dr. Jansen's report to attribute this attention to Reid's allegedly actionable social media posts.[33]

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed on this 25th day of March, 2022, at Falls Church, Virginia.

Jordan Rae Kelly

JORDAN RAE KELLY

[33] *See* Jansen Supplemental Expert Report, pars. 33-35.

## Appendix A: Curriculum Vitae

Jordan Rae Kelly is a Senior Managing Director and the Head of Cybersecurity for the Americas at FTI Consulting. Ms. Kelly advises clients on a broad range of cybersecurity and data privacy matters involving breaches, insider threats, intellectual property, crisis communications, vendor management, compliance, regulation, risk management, and forensic investigations.

Ms. Kelly has more than 14 years of experience coordinating incident response and providing cybersecurity counsel and expertise. Prior to joining FTI Consulting, she served as the Director for Cyber Incident Response on the National Security Council at the White House. During her tenure there, she was responsible for both national incident response coordination, as well as management of the U.S. Government's process for managing zero-day exploits. She was also a chief author of the National Cyber Strategy, the first of its kind in the United States in 15 years.

Before joining the National Security Council in 2017, Ms. Kelly served as Chief of Staff and Chief of Strategic Initiatives in the Federal Bureau of Investigation's ("FBI") Cyber Division, where she managed daily operations and strategic and policy planning for the FBI's national cyber program. Prior to her 10-year tenure at the FBI, she was a law clerk in the Office of General Counsel at the Y-12 National Security Complex, a Department of Energy facility in Tennessee.

Ms. Kelly was named to Consulting magazine's inaugural Women Leaders in Technology list, recognized in the Leadership category; Global Investigation Review's 2020 40 under 40 guide, honoring leading young investigations specialists from across the globe; and Who's Who Legal's Investigations 2021 list as a Future Leader in Digital Forensics. She is a member of Women in Cybersecurity and Girls Who Code.

She holds a bachelor's degree from Wake Forest University and a Juris Doctorate from the University of Tennessee College of Law, where she served as an author and editor for *Transactions: The Tennessee Journal of Business Law.*

**Expert Retention**

- Superior Court of the State of California for the County of San Francisco (Case No. CGC-21-588988). RE FORMSNET LLC, a Delaware limited liability company, Plaintiff, v. GLIDE LABS, INC., a Delaware corporation, Defendants. Declaration issued February 2021.
- United States District Court for the Western District of Virginia (Case No. 5:18-cv-00066-MFU). RLI Insurance Company, Plaintiff, v. Nexus Services, Inc., et al., Defendants. Declaration issued October 2020.

**Articles Authored Since Joining FTI Consulting**

- Ransomware on the Rise: Preventing and Responding to a Cybersecurity Crisis, August 2021
    - Originally published in Economico Valor (Portuguese)
- FTI Journal, Don't Let Your Healthcare System Become a Hostage, July 2021

- Practising Law Institute Chronicle, Cybersecurity and Emerging Legal Standards: An Expanded Threat Landscape Puts Vital Assets at Risk, May 2021
- FTI Journal, New and Evolving Threats: Cybersecurity Flashpoints in 2021, December 2020
- FTI Journal, Are Connected Medical Devices Leaving Your Hospital's Doors Wide Open?, October 2020
- FTI Journal, The Life-Saving Intersection of Healthcare and Cybersecurity, May 2020
- FTI Journal, Lessons Learned from Cyber Attacks in the Industrial Sector, April 2020
- FTI Journal, It's Time for Electric Utilities to Re-Energize Their Cybersecurity Efforts, November 2019
- FTI Journal, Secure Your Data by Tightening Your Weakest Links, October 2019
- FTI Journal, The Healthcare Industry Needs a Cybersecurity Booster Shot, August 2019
- Law360, What to Know About China's New Cybersecurity Inspections, May 2019

**Awards**

- Top 25 Women Leaders in Cybersecurity, *The Software Report* (2021)
- Digital Forensics, Future Leader, *Who's Who Legal: Investigations* (2021)
- 40 Under 40, *Security Systems News* (2020)
- Women Leaders in Technology, Leadership, *Consulting* Magazine (2020)
- 40 under 40, *Global Investigations Review* (2020)

**Featured Media Appearances**

- Channel 4 News, *Digital Sting Operations that Led to Hundreds of Arrests*, June 2021
- NewsNation Now, *Suspected 'ongoing' Russian hacking spree reached into federal agencies*, December 2020
- NewsNation Now, *Cybersecurity expert on how to protect against holiday online shopping scams*, December 2020
- NewsNation Now, *Russia and Iran made 'desperate attempts' to interfere with election, US officials say*, October 2020
- Taskforce Radio 7, *Cybersecurity Pro Opines on How We Can Secure Critical Infrastructure*, February 2020
- eNCA, *The Global Threat*, September 2019
- SAfm, *Battle Against Cyber Crime*, September 2019
- CNBC Africa, *Why Cyber Crime Remains a Top Concern for SA Businesses*, September 2019

**Notable Speaking Engagements**

- General Counsel's Forum for Private Companies, Palm Beach, FL, November 2021
- Financial Woman's Association, How Businesses Can Prepare to Avoid Their Systems Being Breached and Operations Impacted, Virtual, October 2021
- Stanford Executive Education Class, Virtual, October 2021
- Greenberg Traurig University of Las Vegas Nevada Annual Summit for Corporate Governance, If You Don't Know, Now You Know: A Guide to a Board's Role in Managing (Unexpected) Risk in the Aftermath of the COVID-19 Pandemic, Las Vegas, September 2021
- International Telecoms Week, DDoS Challenges & Cybersecurity Strategies for Carriers, Virtual, September 2021
- InfraGard Healthcare and Life Science Critical Infrastructure Protection Symposium, Protecting the Fuel Driving Innovation in Life Sciences – Data, IP, DNA, Virtual, July 2021
- Providence Equity Partners CTO Council Meeting, Virtual, July 2021
- Cybersecurity Risk Council – The Learning Forum, Virtual, June 2021
- Blue Cross Blue Shield 2021 Summit, Unveiling the Code: Understanding Ransomware and Negotiation Strategies for a Ransomware Attack, Virtual, May 2021
- Capacity LATAM, Cybersecurity – Meeting Emerging Threats in the Pandemic Age, Virtual, April 2021
- Institute of Internal Auditors Los Angeles Chapter Spring Fraud Seminar, *Liaising with Law Enforcement*, Virtual, April 2021
- Women in Cybersecurity Around the World, *Threats to Our Everyday Lives: Cyber Risks to Critical Infrastructure and How do you Defend the Indefensible? Nation-state Cyber Threats*, Virtual, March 2021
- Sidley Austin Data Protection in Financial Services Week, *Private Equity and M&A*, Virtual, February 2021
- Practising Law Institute, *Cybersecurity Best Practices for Lawyers 2021*, Virtual, February 2021
- 13th Annual Private Foundations Executive Symposium*, Cybersecurity Concerns for Virtual Workforces*, Virtual, December 2020
- Hightower Webinar, *Cyber Risk and COVID-19*, Virtual, December 2020
- DLA Piper Webinar, *Mitigating Cross-Border Cyber Risk in the Age of LGPD*, Virtual, November 2020

- ISF Sponsor Event – CSO Center and ASIS International Exclusive Session, *Security Trends to Watch: From Cyber Resilience to Public-Private Partnerships and Beyond*, Virtual, November 2020
- European Trade Controls Compliance Strategic Summit, *Cybersecurity Trends in the EU*, Washington, DC, February 2020
- Domestic Security Alliance Council Analyst Open House, *Evolving Cyber Attacks*, Washington, DC, November 2019
- In-House Counsel Summit on Data Privacy and Security, *Incident Response Planning: Create a Data Breach Response Plan and Practice It*, Arlington, VA, November 2019
- Greenberg Traurig University of Nevada, Las Vegas Corporate Governance Summit, *Asleep at the Switch: Lessons Learned from the Failure of Board Oversight in Recent Corporate Scandals, Cybersecurity Gaffes, and Others*, November 2019
- Blue Plan General Counsel's Roundtable, *Social Engineering*, Washington, DC, October 2019
- FBI Executive Panel on Smart Cities, *The Dark Underbelly of Smart Cities*, Washington, DC, October 2019
- IBA Annual Conference*, New Horizons for Data Protection and Cybersecurity in Africa*, Seoul, September 2019
- Tech Nation & Department of International Trade, *Importance of Cybersecurity*, New York, September 2019
- ICCS 2019, *Keep Off the Rocks: Current and Life-threatening Issues in Maritime Cybersecurity*, New York, July 2019
- Annual OSAC Topical Forum, *Safeguarding the U.S. Private Sector from Insider, State, and Non-State Actor Threats*, Arlington, July 2019
- IG3 Mid-Atlantic Conference*, Incident Response Panel*, Washington, DC, June 2019
- Swiss IT Leadership Forum, *Global Insights on the Online Threat Landscape*, Saint Paul de Vence, June 2019
- IoT Security Summit, *IoT Threats & Vulnerabilities in Healthcare*, Webinar, June 2019
- King & Spalding Cybersecurity & Privacy Seminar, *Cyber Resilience*, London, May 2019
- NY MetroGard FBI Open House, *Healthcare Sector Intelligence Briefing*, New York, May 2019
- King & Spalding Cybersecurity Summit, *Practical and Legal Considerations for State-Sponsored Economic Espionage and Trade Secret Theft*, Atlanta, May 2019
- CGOC Regional Meeting, *Cybersecurity Update*, New York, April 2019

- Incident Response Forum, *Keynote with AAG for the National Security Division, U.S. Department of Justice, John C. Demers*, Washington, DC, April 2019
- AIPLA Trade Secret Law Summit, *Employees Traveling Overseas with Trade Secrets*, New York, March 2019
- King & Spalding Health Law & Policy Forum, *Managing Cybersecurity Risks*, Atlanta, March 2019
- RSA Conference, *Investigating IoT Crime: The Value of IoT Crime Classification*, San Francisco, March 2019

## Appendix B: Materials Considered

| Platform | Account | Followers | Date of 'Followers' Capture | Text Content of Post |
|---|---|---|---|---|
| Twitter | ImmortalTech | 279,003 | 6/26/2018 | ***June 28, 2018 at 9:06PM ET / 6:06PM PT***<br>They threaten us with violence. They ask us to debate them and then scream horrible things at our youth. We have to be "proper." We have to "speak good English." We have to dress a way to be taken seriously. You are NOT proper. You don't speak English well. You dress like shit. |
| Twitter | NancySinatra | 186,929 | 6/26/2018 | ***June 28, 2018 at 9:50PM ET / 6:50PM PT***<br>Roslyn La Liberte represents what's wrong with America. https://twitter.com/TRNorthridge/status/1012224446348779520 |
| Twitter | _SJPeace_ | 21,323 | 6/20/2018 | ***June 29, 2018 at 4:31AM ET / 1:31AM PT***<br>THIS horrible woman is Roslyn La Liberte. She yelled at a 14 year old boy at a Simi Valley City Council Meeting who was there to talk about immigration and supporting S854.<br><br>THIS #MAGA Racist runs RC design construction in woodland Hills.<br><br>BOYCOTT RC Design! RETWEET THIS RACIST! |
| Twitter | nadinevdVelde | 14,360 | 4/25/2018 | ***June 29, 2018 at 2:50PM ET / 11:50AM PT***<br>"You're going to be the first deported! Filthy Mexican!" screams #RoslynLaLiberte in a hate filled photo reminiscent of other iconic hate filled images. History is being written. Roslyn LaLiberte has crystalized her place on the wrong side of history for future generations. |

| | | | | |
|---|---|---|---|---|
| Twitter | quinncy | 27,655 | 6/28/2018 | ***June 29, 2018 at 1:05PM ET / 10:05AM PT*** Thoughts: 1. Of course this is Simi Valley. 2. "Roslyn La Liberte"? This might be our strongest clue yet reality is getting glitchy. 3. Roslyn La Liberte would make an excellent drag name. 4. Her business Yelp page now has this picture. LOL. https://twitter.com/TRNorthridge/status/1012224446348779520 |
| Twitter | johnortiz718 | 7,284 | 3/8/2022 | ***June 29, 2018 at 1:15PM ET / 10:15AM PT*** Roslyn La Liberte is a hate spewing bigoted sampling of folks Ignorantly empowered by the heinous #MAGA campaign enough to attack CHILDREN. https://twitter.com/thealanvargas/status/1012544315506098176 |
| Twitter | davidhogg111 | 847,617 | 6/29/2018 | ***June 29, 2018 at 4:10PM ET / 1:10PM PT*** Midterms are Nov 6th register to vote here https://marchforourlives.com/vote-for-our-lives/ https://twitter.com/thealanvargas/status/1012544315506098176 |
| Twitter | NFL_DougFarrar | 56,427 | 3/8/2022 | ***June 29, 2018 at 6:36PM ET / 3:36PM PT*** Roslyn La Liberte, founder of RC Design Construction in Woodland Hills, CA. https://twitter.com/TheAlanvargas/status/1012544315506098176 |
| Twitter | soledadobrien | 844,981 | 6/19/2018 | ***June 29, 2018 at 9:11PM ET / 6:11PM PT*** Ugh. These American racists. But this kid--good gor him. https://twitter.com/thealanvargas/status/1012544315506098176 |
| Twitter | ananavarro | 933,192 | 6/19/2018 | ***June 30, 2018 at 10:20AM ET / 7:20AM PT*** Oh look, here is today's racist dujour. Does she have a name, or should we just call her, #RedHatHarriet? https://twitter.com/thealanvargas/status/1012544315506098176 |
| Twitter | FeoChin | 11,710 | 4/24/2018 | ***June 30, 2018 at 4:10PM ET / 1:10PM PT*** Thanks to @realDonaldTrump , hatred is one of the few things we still manufacture here. #DontBeTheseWomen #RoslynLaLiberte #HazelMassery #MAGAts #Deplorables #WrongSideOfHistory #Racists4Trump #Bigots4Trump |

| | | | | |
|---|---|---|---|---|
| | | | | #FamiliesBelongTogetherMarch #WeAreTheWall #Resist #ImpeachTrump |
| Twitter | rachelantonoff | 23,637 | 9/22/2018 | ***June 30, 2018 at 11:49AM ET / 8:49AM PT*** Her name is #RoslynLaLiberte Who employs this monster? Has she been fired yet?? RT https://twitter.com/thealanvargas/status/1012544315506098176 |
| Twitter | DebraMessing | 490,906 | 5/30/2018 | ***June 30, 2018 at 11:57PM ET / 8 :57PM PT*** #RoslynLaLiberte https://twitter.com/nadinevdvelde/status/1012770345550516225 |
| Twitter | RoArquette | 308,995 | 6/19/2018 | ***July 1, 2018 at 2:06AM ET / 11:06PM PT*** Retweeted Touré (@Toure): In the picture below you see an adult woman screaming at a 14 yo child. She is Roslyn La Liberte, a MAGA zealot racist who runs RC Design Construction in California. Wow. https://twitter.com/TheAlanvargas/status/1012544315506098176 |
| Facebook | Call to Activism | 274,507 | 7/24/2018 | ***June 30, 2018 at 10:58AM ET / 7:58AM PT*** Look at this woman screaming at this child. Where does this anger come from? UPDATE: Fox was so taken by the outrage of this photo (sarcasm) - they reached out to both people and defended the woman. The boy insists he has no hard feelings. He says she was civil and doesn't mind she expressed herself. The woman insists the photo mischaracterizes their conversation somehow (although it defies logic she was doing anything but raising her voice). Witnesses have also clarified the vicious comments in the tweet were overheard from a man in the crowd, and not the woman. We'll let you decide: https://youtu.be/QdvZAxqAuUY |

| | | | | |
|---|---|---|---|---|
| Facebook | Occupy Democrats | 7,348,206 | 5/22/2018 | ***June 30, 2018 at 12:55PM ET / 9:55PM PT***<br><br>"You are going to be the first deported"<br><br>"Dirty Mexican!"<br><br>Those were some of the things they yelled they yelled at this 14 year old boy. He was defending immigrants at a rally and was shouted down.<br><br>Spread this far and wide... this woman needs to be put on blast.<br><br>Thanks to Woke Folks |

## Screenshots of Referenced Social Media Posts




They threaten us with violence. They ask us to debate them and then scream horrible things at our youth. We have to be "proper." We have to "speak good English." We have to dress a way to be taken seriously. You are NOT proper. You don't speak English well. You dress like shit.

This horrible woman is Roslyn La Liberte. She yelled at this 14 year old boy at our Simi Valley City Council Meeting who was there to talk about immigration and supporting SB54. This MAGA zealot and racist runs RC Design Construction in Woodland Hills. You can email her and let her know how you feel. Email is: roslyn@rcassociatesinc.com or maybe it's easier to call her cell 818-731-2829 BOYCOTT RC DESIGN http://www.rcassociatesinc.com/#!about-us PLEASE SHARE



9:06 PM · Jun 28, 2018 · Twitter for iPhone

188 Retweets 9 Quote Tweets 328 Likes

https://twitter.com/ImmortalTech/status/1012502507451506689




Nancy Sinatra
@NancySinatra

Roslyn La Liberte represents what's wrong with America. twitter.com/TRNorthridge/s...

This Tweet is unavailable.

9:50 PM · Jun 28, 2018 · Twitter Web Client

**481** Retweets **39** Quote Tweets **969** Likes

https://twitter.com/NancySinatra/status/1012513536394686464



StanceGrounded
@_SJPeace_

THIS horrible woman is Roslyn La Liberte. She yelled at a 14 year old boy at a Simi Valley City Council Meeting who was there to talk about immigration and supporting S854.

THIS #MAGA Racist runs RC design construction in woodland Hills.

BOYCOTT RC Design! RETWEET THIS RACIST!




4:31 AM · Jun 29, 2018 · Twitter for Android

**1,228** Retweets **93** Quote Tweets **981** Likes

https://twitter.com/_SJPeace_/status/1012614632782123008




https://web.archive.org/web/20180701040003/https://twitter.com/nadinevdVelde/status/1012770345550516225



https://twitter.com/quinncy/status/1012743956642164736




https://twitter.com/johnortiz718/status/1012746426571358208




https://web.archive.org/web/20180630021153/https://twitter.com/davidhogg111




https://twitter.com/NFL_DougFarrar/status/1012827158249533441




https://twitter.com/soledadobrien/status/1012866262664466437




https://twitter.com/ananavarro/status/1013064796978274306



Feodor Chin
@FeoChin

Thanks to @realDonaldTrump, hatred is one of the few things we still manufacture here. #DontBeTheseWomen #RoslynLaLiberte #HazelMassery #MAGAts #Deplorables #WrongSideOfHistory #Racists4Trump #Bigots4Trump #FamiliesBelongTogetherMarch #WeAreTheWall #Resist #ImpeachTrump

The Trump Organization and 4 others

4:10 PM · Jun 30, 2018 · Twitter for iPhone

12 Retweets 26 Likes

https://twitter.com/FeoChin/status/1013152863944564736



Rachel Antonoff
@rachelantonoff

Her name is #RoslynLaLiberte Who employs this monster? Has she been fired yet?? RT twitter.com/thealanvargas/...

This Tweet is unavailable.

11:49 PM · Jun 30, 2018 · Twitter for iPhone

2 Retweets 10 Likes

https://twitter.com/rachelantonoff/status/1013268299663204352




https://twitter.com/DebraMessing/status/1013270387122204673




https://twitter.com/RoArquette/status/1013302852226310144




https://www.facebook.com/calltoactivism/photos/a.398732900513772/600859196967807




https://www.facebook.com/346937065399354/photos/a.517901514969574/2170104383082604/




https://www.vcstar.com/story/news/local/communities/simi-valley/2018/06/26/california-sanctuary-law-simi-valley-city-council-reaffirms-opposition/727267002/