Excerpts from Policies and Guidelines

These Policies and Guidelines apply to everyone working for NBC News and MSNBC, the NBCUniversal Owned Stations, CNBC and the Telemundo network and stations. They apply across all platforms; broadcast, cable, digital and social media.

We are responsible for everything we report on all platforms and media, including social media. The correspondent and the producer/writer (including freelancers) of a specific report are responsible for its content, including the accuracy of the words and the accuracy and authenticity of and rights to the images. We are responsible for the content and claims in any soundbite or quotation from any individual or entity that we choose to include in our reporting. Additionally, we are individually responsible for everything we publish internally, including on email or in NewsConnect. Maintaining the integrity of NBC News and MSNBC is everyone's responsibility.

Visual images, whether found on social media or elsewhere, must be verified and authenticated whenever possible prior to use. Remember that fake images are sometimes posted to social media so we need to be cautious.

p.6

Verifying and authenticating social media images differ from acquiring the rights to such images.

p.6

Any social media post by anyone working full or part-time for NBC News or MSNBC is subject to our standards, including the principles of fairness, accuracy, respect for copyright laws and privacy rights. Remember that no matter your role, any social media post from any employee of NBC News or MSNBC reflects on this news organization. Additionally, keep in mind that any communication on social media -- whether in a professional or personal/private setting -- could be leaked or shared without your agreement or knowledge. Any references in these social media policies apply to both your professional and personal/private accounts. To the public, you are seen as a representative of NBC News/MSNBC on all platforms---digital, social and broadcast--- at all times and therefore you are responsible for your individual social media comments.

p.7

Do not share unsubstantiated information via social media. If it's not reportable on air or online, it's not ready for you to tweet/post.

p.8

Keep social media conversations civil. No response is the most professional way to respond to malicious online agitators who are seeking to provoke an unprofessional response.

p.8

SOCIAL MEDIA CORRECTIONS Mistakes on social media can happen. We should work to avoid them, but we shouldn't hide them when they occur. We should never delete or cosmetically alter a significant error in any post without providing transparency that we did it and why we did it. Generally, there should be no deletions without an accompanying note of correction or clarification. Consult with a social media editor on your team before making changes. Any changes involving legal issues should be discussed with Legal in advance. If you

make a serious error in a social media post, alert your social media leads at NBC News, MSNBC and Today as soon as possible. If you are tasked with control of an NBC News or MSNBC brand account-- no post should be deleted without consulting a social media lead. This includes even minor deletions. Remember: your response to an error on social media can make things much worse if it is not handled properly.

PROCESS FOR ALTERING / DELETING SOCIAL POSTS: If your post is on a platform that can't be edited, take a screen grab of the post, save it, delete the post and issue an updated post with a correction or clarification and explanation of why you are making the update. If your post is on a platform that can be edited, make the edit and note what you edited, and why you edited, in the bottom of the post and/or in a comment on the post. If you have any questions, contact Standards or the social media contacts noted above.

p. 8 – 9

COMPLAINTS CORRECTIONS AND CLARIFICATIONS Any complaint about fairness, accuracy or improper behavior should be immediately reported to your manager who should contact Standards and Legal as soon as possible. Do not attempt to handle the situation on your own. Management, Standards and Legal will determine the next course of action. Also, see Digital corrections and Social Media corrections on previous page.

p. 10

We should be careful not to report information based on tips or rumors. Carefully screen people who say they are witnesses to an event and attempt to verify the person's identity and

information before airing or publishing. Be cautious in broadcasting or publishing interviews with those who may not have complete or first-hand information.

p. 14

OPINION AND COMMENTARY NBC News journalists should not include personal opinion in their reporting on any platform, including social media. Journalists should also be careful to avoid letting a personal bias influence their reporting. Sometimes our journalists provide analysis of events or trends, but such analysis should be based on fact and expertise, not personal opinion. As a general rule, journalists should not advocate a course of action for any government or any organization or individual. Some hosts and guests appearing on MSNBC programs and related websites, such as THINK, are permitted to venture opinions, even advocate action, but should strive to be fair, acknowledging other points of view and citing the facts that led to the opinion, where possible. When expressing opinion, it must be done in a transparent fashion so it is clear to the viewer that it IS opinion. Personal opinions on politics and other controversial topics should not be shared openly in the workplace, via NBCU internal communications or on social media.

p.28