MYSLIWIEC EXHIBIT 3



https://www.facebook.com/LABPROLIB/posts/1590498035377728

https://www.facebook.com/LABPROLIB/posts/1598048803537728

4/29/22, 10:14 PM





(20+) LAB Pro Lib - Posts | Facebook

He is 14 years old. She is an adult. Make the picture black and white and it could be the 1950s and the desegregation of a school. Hate is real, y'all. It hasn't even really gone away.

- Joy Reid



**LAB Pro Lib**
Interest

147

👍 Like        💬 Comment        ↪ Share

37 Comments 97 Shares

🗨 Send message

Most relevant ▾

Write a comment…

**Stephen Driggins**














https://www.facebook.com/LABPROLIB/posts/1599049603537728

4/29/22, 10:14 PM

(20+) LAB Pro Lib - Posts | Facebook

media3.giphy.com

**Robert E Crystal**
There is tape out there. Is Fox TV gonna show it?

Like  Reply  3y

**Deborah Maier**
if Trump did anything, he certainly brought all the ugly into the light. We know who they are.

Like  Reply  3y

**Barb Jones**

vmedia1.tenor.co

Like  Reply  3y

**Cheryl Goldman**
Nasty racist. No regard for other peoples children.

Like  Reply  3y

**Kiki Evans**
Bitch

Like  Reply  3y

3/10

https://www.facebook.com/LABPROLIB/posts/1599049803537728

4/29/22, 10:14 PM

(20+) LAB Pro Lib · Posts | Facebook








**Connie Hesse**
Greg here, Simi Valley. As lily white a community as you can find in SoCal. Home of the Ronald Reagan Memorial Library. Where they moved the trial of Mark Furman (evidence planting detective of the O J case) in order to be assured of a friendly jury.

Like    Reply    3y    

**Lily Silva**
Dirty Mexican? She's a no class racist ignorant no one.

Like    Reply    3y    

**Greg White**
When and where was this?

Like    Reply    3y

↳ 1 Reply

**Robin Woods**
She should choke herself to death.

Like    Reply    3y

**Richard Jensen**



Like    Reply    3y



4/10

https://www.facebook.com/LABPROLIB/posts/1599049803537728

4/29/22, 10:14 PM

(20+) LAB Pro Lib - Posts | Facebook

**Gudrun Liste**
I'm scared to think about the future. When we get rid of Trump we still have to live with this idiots.

Like    Reply    3y

**Norbert Sinclair**

Like    Reply    3y



**Thomas Ross**
Stay strong young man

Like    Reply    3y

5/10

https://www.facebook.com/LABPROLIB/posts/1599049803537728

4/29/22, 10:14 PM

(20+) LAB Pro Lib · Posts | Facebook








**Carol LeMarte**
Ugly woman side side and out ..hatred makes here
appear like a Rabid Animal!

Like    Reply    3y

**Alicia Krupinski**
another TRUMP NUT

Like    Reply    3y

**Linda Bourassa**
All these years of trying to become civilized, this is a
huge step backwards. How can someone have so much
hatred in them that they would scream at a child like
this? I feel sorry for this woman, she must be so empty
inside.

Like    Reply    3y

3 Replies

**Bobby Lenz**
fool amongst idiots

Like    Reply    3y





**Eric Moore Jr.**






https://www.facebook.com/LABPROLIB/posts/1599049803537728



**Gloria Williams**
ours children are more adult than the grown up , smile on face of other one while this big mouth attack child is telling what country has becomes with republicans leadership

Like    Reply    3y



**Linda Morency Giuffre**
Despicable

Like    Reply    3y



**Odessa Villeda**
Name her, shame her.

Like    Reply    3y



**Karen Kessler Pena**
So true

Like    Reply    3y



**Peggy Lorenz-Smith**
Be sure to spread this. I want her neighbors, her boss and her pastor to know this about her. Sadly, her family already knows and was probably with her.

Like    Reply    3y



**Peggy Lorenz-Smith**
Who are these people??? Did we know they were our neighbors? Sat next to us at church? I'm stunned that these things happen in the US in 2018. SHAME ON YOU!

Like    Reply    3y



**Dixie Maclane**
TYPICAL LOW IQ TRUMPTURD!!!

Like    Reply    3y




https://www.facebook.com/LABPROLIB/posts/1599049803537728

4/29/22, 10:14 PM

(20+) LAB Pro Lib - Posts | Facebook






**Indigenous Peoples Day**

Today we celebrate the people who first called this land home. We remember the struggles and tragedies they endured. We honor their place in and contributions to the shared story of America.

**LAB Pro Lib**
October 11, 2021 · ✪



Other posts

👍 Like    Reply    3y

**Rebecca V Martin**
Her face represents exactly the rhetoric of Adolf Trump. Very fitting to the red MAGA hat, made in China. Disgusting.













https://www.facebook.com/LABPROLIB/posts/1599049803537728

4/29/22, 10:14 PM

(20+) LAB Pro Lib - Posts | Facebook

Write a comment...

Like    Comment    Share

Most relevant ▾

4/30/22, 12:12 PM

(20+) Facebook

**John Chavez**
June 30, 2018

How history will remember "these" people!

Rosslyn La Liberte
(818) 346-5480

He showed up to a rally to defend immigrants.... She showed up too, in her MAGA hat, and screamed, "You are going to be the first deported" ... "dirty Mexican"

He is 14 years old. She is an adult. Make the picture black and white and it could be the 1950s and the desegregation of a school. Hate is real, y'all. It hasn't even really gone away.

Joy Reid



35

22 Comments 17 Shares

Write a comment...

1/1

4/29/22, 10:20 PM

(20+) Facebook

**FpoeNewz**
July 1, 2018 · 🌐

Regrann from @joyannreid - He showed up to a rally to defend immigrants.... She showed up too, in her MAGA hat, and screamed, "You are going to be the first deported"..."dirty Mexican!" He is 14 years old. She is an adult. Make the picture black and white and it could be the 1950s and the desegregation of a school. Hate is real, y'all. It hasn't even really gone away. - **#regrann**



👍 Like        💬 Comment        ↪ Share

Write a comment...

1/1

https://www.facebook.com/bcarrizales/posts/10217005535399

4/29/22, 10:11 PM

(20+) Facebook

**Becky Moreno Carrizales**
July 1, 2018

Are you paying attention?

"He showed up to a rally to defend immigrants. ... She showed up too, in her MAGA hat, and screamed, "You are going to be the first deported" ... " dirty Mexican!"

He is 14 years old. She is an adult. Make the picture black and white and it could be the 1950s and the desegregation of a school. Hate is real, y'all. It hasn't even really gone away." ~Joy Reid



https://www.facebook.com/bocarrizales/posts/10217005353991104



50

👍 Like          10 Comments 27 Shares

△ Share



**Scott Morin**
Make America hate again

Like    3y           5



**Karen Winfrey Cardwell**
Im ashamed of that woman. Sickening.

Like    3y           3

**Vickie Parker**
someone old white woman just needs to knock the shit out of her !

Like    3y           6

**Jill Secreast Duffy**
The fact that any adult would speak to any youth in that






2/3

https://www.facebook.com/bcarrizales/posts/10217005353991104

4/29/22, 10:11 PM

(20+) Facebook

**Darla Parson**
The irony of empowerment

Like   3y

**Lucinda Marvin**

Like   3y

**Susan Morris Stieler**
Shameful

Like   3y

**Loraine Letts**
Hope that woman never finds herself in an er, where many drs and nurses sre not whire

Like   3y

**Donna Chamberlain Goodnight**
Youth today also speak to their elders this way. Guess this is where they learned it.

Like   3y

**Dixie R. Tucker**
Crying shame...really!

Like   3y




3/3

4/30/22, 12:09 PM

(20+) Facebook



**Trisha Kehaulani Watson–Sproat**
June 30, 2018

Reposted from Joy Reid:

"He showed up to a rally to defend immigrants. ... She showed up too, in her MAGA hat, and screamed, "You are going to be the first deported" ... " dirty Mexican!"

He is 14 years old. She is an adult. Make the picture black and white and it could be the 1950s and the desegregation of a school. Hate is real, y'all. It hasn't even really gone away."

This boy is younger than my son. My indigenous son. What a sick, sick world. This woman is mentally ill.

163

72 Comments  37 Shares



4/30/22, 12:09 PM

(20+) Facebook

https://www.facebook.com/photo/?fbid=10217065407129034&set=bc.Abr-bZ-XiFU9m2woD5suDIN-U0SxYjU27f6UiZ3aM3DGiLDIEO0nD3dtm-1_TURjRJVYR25GrEE489pJ79vvvl5jxopafljGPMpot8Oy61OHWo0434T...   2/2