UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSLYN LA LIBERTE,<br><br>         Plaintiff,<br><br>v.<br><br>JOY REID,<br><br>         Defendant. | Civil Action No.: 1:18-cv-05398 (DLI) (JRC)<br><br>**MARISSA MULLIGAN DECLARATION IN SUPPORT OF DEFENDANT JOY REID'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

    I, Marissa Mulligan, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

    1.  I am an attorney, duly licensed to practice law in the State of California, and an associate at the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I am admitted as an attorney *pro hac vice* in the State of New York to argue and try this case for Defendant Joy Reid and am counsel of record for Ms. Reid. I make this declaration in support of Joy Reid's Opposition to Plaintiff's Motion for Partial Summary Judgment, filed concurrently herewith. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

    2.  Attached as **Exhibit A** is a true and correct copy of an email from Arthur Christpher Schaper to Lorie Acio and Hollie Tracz with the subject line, "Mrs. Acio and Tracz: Mrs Reid Defamed an Innocent Woman Named Rosyln La Liberte" sent on July 2, 2018, and produced by Roslyn La Liberte in this action with the bates stamp PLAINTIFF 00282–83.

    3.  Attached as **Exhibit B** is a true and correct copy of an email from David M. Olasov to Connor S. Sullivan, Marissa M. Mulligan, Theodore J. Boutrous Jr., copying Ronald P. Mysliwiec, with the subject line, "La Liberte v. Reid," and sent on July 17, 2024.

1

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed on August 22, 2024, in Los Angeles, California.

Dated: August 22, 2024

Respectfully submitted,

By: */s/ Marissa Mulligan*
    Marissa Mulligan

Marissa Mulligan
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
MMulligan@gibsondunn.com

*Attorney for Defendant*

# EXHIBIT A

**La Liberte v. Reid**

| | |
|---|---|
| From: | Arthur Christopher Schaper <ArthurSchaper@hotmail.com> |
| Sent: | Monday, July 2, 2018 2:16 PM |
| To: | lorie.acio@nbcuni.com; hollie.tracz@nbcuni.com |
| Subject: | Mrs. Acio and Tracz: Mrs Reid Defamed an Innocent Woman Named Rosyln La Liberte |

Dear Mrs. Acio and Tracz:

Your client Ms. Joy Ann Reid issued a defamatory post about Mrs. Roslyn La Liberte.

She did not attack anyone, nor did she call anyone a "dirty Mexican."

Here's the full story:

http://www.foxla.com/news/local-news/people-online-twist-the-real-story-behind-photo-of-woman-yelling-at-boy#/



### People online twist the real story behind photo of woman yelling at boy

www.foxla.com

They say "a picture says 1000 words!" Maybe it should be 2000 words. 1000 for each person featured in the picture. Maybe another 1000 or two to give it some perspective.

and

http://aschaper1.blogspot.com/2018/07/the-heinous-desperation-defamation.html



### Social Media Mob Defames Innocent Trump Supporter (Help Fight Back!)

aschaper1.blogspot.com

Rosalyn La Liberte of the West Valley region in Los Angeles, California is a typical Trump supporter. Boasting a diverse heritage (she ...

The post in the link below:

https://www.facebook.com/joyreidofficial/photos/a.537660859679874.1073741828.361556457290316/1626105 type=3&theater

Is false and defamatory.

You need to take it down. For the record, her supporters are seeking legal action of some kind for Roslyn.

PLAINTIFF 00282

These false attacks have swarmed and spread very quickly. She has lost business because of these false attacks.

Arthur Christopher Schaper is a blogger, writer, and commentator on topics both timeless and timely; political, cultural, and eternal. A life-long Southern California resident, Arthur currently lives in Torrance. Follow his blogs at The State of the Union and As He Is, So Are We Ministries.
Townhall.com Contributor
Barbwire.com Contributor
Canada Free Press Contributor
Twitter: @ArthurCSchaper
Email: ArthurSchaper@hotmail.com

PLAINTIFF 00283

# EXHIBIT B

**Hay, Samantha O.**

| | |
|---|---|
| **From:** | David M. Olasov <dolasov@olasov.com> |
| **Sent:** | Monday, July 22, 2024 7:39 PM |
| **To:** | Sullivan, Connor S.; Mulligan, Marissa M.; Boutrous Jr., Theodore J. |
| **Cc:** | Ronald P. Mysliwiec |
| **Subject:** | La Liberte v. Reid |
| **Attachments:** | Statement of Facts Not In Dispute v2.docx |

**[WARNING: External Email]**

Here is the plaintiff's statement of undisputed facts in Word format. I wanted to check something out with Ron Mysliwiec, and his federal prosecutor son and family have been visiting him for the past few days, and he was hard to reach. He confirmed that your expert Kelly should be shown as a source for the social media numbers in paragraphs 18 and 19, so I added them to what we identified.

Regards,

OLASOV LLP

David M. Olasov
485 Madison Avenue, 7th Floor
New York, NY 10022
dolasov@olasov.com
cell: 917-214-8746