# GIBSON DUNN

Theodore J. Boutrous, Jr.
Partner
T: +1 213.229.7804
tboutrous@gibsondunn.com

August 22, 2025

VIA ECF
Hon. Dora L. Irizarry
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *La Liberte v. Reid*, 18-cv-5398 (DLI) (JRC)

Your Honor,

We are counsel to Defendant Joy Reid.  We write briefly in response to the letter filed earlier today by counsel for Plaintiff.  *See* Dkt. 187.  Plaintiff's counsel's letter, of which we received no notice and the contents of which were not discussed with us, indulges in lengthy speculation about the attorney-client relationship between this firm and Ms. Reid about which he has no information.  This firm has served as counsel to Ms. Reid in this matter since 2020, is honored to continue representing her now, and will continue representing her so long as she chooses.  Plaintiff's counsel also injects a confusing array of claims about alleged facts which are knowingly false, irrelevant, or completely unfounded, including claiming that Plaintiff is a third-party beneficiary to certain agreements between Ms. Reid and her former employer, even though both Magistrate Judge Cho and Your Honor have conclusively rejected that specific argument.  *See* Dkt. 164 at 18-19 (Cho, J.); Dkt. 167 at 10-11 (Irizarry, J.).

We are of course always available in any way that would assist the Court.

Respectfully,

*/s/ Theodore J. Boutrous, Jr.*

Theodore J. Boutrous, Jr.

**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue  |  Los Angeles, CA 90071-3197  |  T: 213.229.7000  |  F: 213.229.7520  |  gibsondunn.com